Hon. Christopher M Alston<br>
Hearing: August 30, 2019, 9:30 am<br>
Response: August 23, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>SAMIA EL-MOSLIMANY<br><br>Debtor | Case No. 18-14820-CMA<br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION TO ABANDON PROPERTY OF ESTATE** |

TO: Clerk of the Court
TO: Hon. Christopher M Alston
TO: Hayat Sindi and her Counsel

 PLEASE TAKE NOTICE THAT the debtor, Samia El-Moslimany, will bring on for hearing, at the time and place set forth below, a motion to avoid the judgment lien of Hayat Sindi on the real property at 2655 SW 151st PL, Burien, WA 98166. Further information is contained in the written motion, which is on file with the Bankruptcy Court and available on request from the undersigned counsel for the debtor.

**DATE AND TIME**: August 30, 2019, 9:30 a.m.
**PLACE:** Room 7206, United States Courthouse, 700 Stewart St., Seattle WA 98101

 Any party in interest opposing the Motion must file a written objection with the Clerk of the Court on or before **August 23, 2019, which is the response date**. If no objections are timely filed, the Court may grant the relief requested without further notice or hearing.

Dated: August 3, 2019

DONALD A BAILEY
Attorney at Law
/s/ Donald A Bailey
WSB#12289
Attorney for Debtor

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

NOTICE OF HEARING - 1