UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

SAMIA EL-MOSLIMANY

Debtor

Case No. 18-14820-CMA
Chapter 7

**ORDER AVOIDING JUDGMENT LIEN**

This matter came on regularly before the Court on the motion of the debtor to avoid the judgment lien claimed by creditor Hayat Sindi on the debtor's homestead property at 2655 SW 151st PL, Burien, WA 98166 (the "Property"), legally described as Lot 12, Seahurst West, according to the plat thereof recorded in volume 80 of plats, page 45, records of King County Washington. Notice was given as required by the Bankruptcy Rules and the Local Bankruptcy Rules. The Court reviewed the pleadings and files herein, and heard arguments of counsel. Being duly advised, it is hereby ordered:

In the lien of the judgment(s) in favor of Hayat Sindi, recorded in the King County Land Records under recording numbers 20170227001230 and 20180925000965 is

ORDER AVOIDING LIEN - 1

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

1 | hereby avoided in its entirety, and of no further force or legal effect.

/// end of order \\\

Presented By:

DONALD A BAILEY
/s/ Donald A Bailey
WSB#12289
Attorney for Debtors

ORDER AVOIDING LIEN - 2

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com