1
2
3
4
5
6

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

In re:

8

SAMIA EL-MOSLIMANY,

9

Debtor

10

Case No. 18-14820-CMA
Chapter 7

DECLARATION OF SAMIA EL-
MOSLIMANY

11
12

Samia El-Moslimany (Debtor) hereby declares under penalty of perjury as follows:

13
14

1. I am the debtor in this case. I make this declaration on my personal knowledge.

15

2. I am a 50% owner of the real property at 2655 SW 151st PL, Burien, WA 98166

16

(the "Property"), legally described as Lot 12, Seahurst West, and according to the

17

plat thereof recorded in volume 80 of plats, page 45, records of King County,

18

Washington. The Property is my principal residence. My mother, Ann El-

19

Moslimany, owns the other 50% interest and also resides in the Property.

20

3. I believe the gross value of the Property is $1,130,000. This is based on my

21

knowledge of property values in the immediate neighborhood, and on the fact that

22

the property has about $110,000 of long-deferred maintenance that would have to

23

be done to sell it (such as exterior and interior painting, sheetrock repair,

24

installation of a stairway railing, and so forth). An appraisal in November 2010

25

put the value of the Property at $900,000. One-half of the gross value is $565,000,

26

DECLARATION - 1

but this is without discount for the fact that I own a fractional interest in the property.

4. The encumbrances against the Property include the first mortgage to Washington Federal Savings & Loan, in the amount of $355,436.76 and a second deed of trust in favor of Aziza Alyousef securing a debt in the principal amount of at least $574,536. In addition, Aziza Alyousef continues to advance funds to me for living and litigation expenses.

5. Aziza Alyousef is a friend of mine. We have both been active in, and prosecuted for, our activities relating to women's rights in Saudi Arabia. Whereas I was arrested and temporarily detained for driving, Aziza was imprisoned for eleven months.

6. Because of our friendship and mutual interest in women's rights, Aziza began to assist me with loans to meet my expenses. These expenses included but were not limited to:

a. Legal defense expenses (not all, but some) for Hayat Sindi litigation against me in Saudi Arabia and the United States.

b. Legal prosecution expenses for a domestic violence case in Saudi Arabia I brought against my husband, in which I prevailed.

c. Islamic divorce and spousal support court expenses

d. Living and travel expenses (not all).

e. Some medical expenses for my mother who fell ill with cancer in June 2016

f. Payoffs of a few of my creditors in Saudi Arabia

g. Business expenses for my photography studio, including rent and operating expenses

h. Payroll debts to some my studio employees

i. Expenses related to an attempt to establish a branch of my studio in Riyadh

8. Aziza has loaned me least $574,536 (SAR 2,154,511). The bulk of this debt

is documented by three promissory notes, one made at the Saudi Ministry of Justice for the amount of SAR 1,300,000 (this Note also exists in an English version for the equivalent amount of US $346,666. Both the Arabic and English versions of these notes are dated September 1, 2016). That first promissory note secures future loans as well. There is a second promissory note in the amount of $100,000 dated May 28, 2017, and a third for the amount of SAR 100,000 ($26,666) dated July 25, 2019. The three promissory notes are attached hereto as EXHIBIT A.

9.     As set forth above, Aziza has loaned me $574,537, of which $472,847 is reflected by written notes. In addition, she loaned me at least $25,000 in cash, and $76,690 by wire transfer. EXHIBIT B shows wire transfers to my account and sometimes to the account of my daughter because my bank accounts had been frozen in Saudi Arabia and the US (I still do not know why Key Bank froze my account. My accounts in Saudi Arabia were frozen by the Saudi government due to litigation I am in). Aziza also helped to pay my attorney's fees.  Attached is a wire transfer to my attorney Don Bailey's trust account in the amount of $12,000 EXHIBIT C.

10.     I am a dual U.S. - Saudi citizen.  I have been in Saudi Arabia for much of the post-petition period, attending to business and litigation there, and serving a short jail sentence as a result of revealing Sindi's extramarital relationship with my husband (although my statements were true, truth is no defense to defamation in Saudi Arabia, and one can be jailed for defamation). The litigation has made communicating with counsel and assembling documents more difficult than usual, justifying additional time to respond.  Because of my legal troubles in Saudi Arabia, my bank accounts there were frozen. It has been extremely difficult for me to gather the bank records.

11.     As additional evidence that Aziza's loans to me are real, I point out that for several years, I have had no income.  Yet, until I filed bankruptcy, I kept up my mortgage payments (which were paid in cash for an entire year) and I have paid all my Saudi legal fees, large amounts for my Boston attorneys, my frequent international travel, and utilities and living expenses.  The only source of funds for these expenses was loans from friends and family, chiefly Aziza.

12.     To give Aziza security for the loans she had made, and would make in the future, my mother and I granted her a deed of trust that was recorded on November 7, 2016 under recording number 20161107000004.  The deed of trust covers the promissory notes described above, and future advances.

Declared under penalty of perjury under the laws of the State of Washington and the United States of America, this 2nd day of August, 2019, in Seattle, King County, Washington.

_____

Samia El-Moslimany



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة العدل
[ ٢٧٧ ]

**Exhibit A**

رقم الإقرار : ٣٧١٦٣٦٧٥٠

التاريخ : ١٤٣٧/١١/٢٩ هـ

كتابة العدل الثانية بالرياض

إقرار بدين

الحمد لله وحده والصلاة والسلام على من لا نبي بعده ، وبعد :

فلدي أنا الطيب بن عبدالله السحيباني رئيس كتابة العدل الثانية بالرياض

حضر بالأوصاف المعتبرة شرعاً كلا من:

١- الطرف الأول (الدائن) عزيزه بنت محمد بن عبدالعزيز يوسف سعودية الجنسية بموجب سجل مدني رقم
١٠٤٦٢٥٢٠٢٧

١- الطرف الثاني (المدين) سامية محمد احمد المسلماني سعودية الجنسية بموجب سجل مدني رقم ١١٣٦٥٧٤٠٧٤
وبعد التعريف الشرعي من

١- عبدالعزيز حمد عبدالله الصالح سعودي الجنسية بموجب سجل مدني رقم ١٠٥٩٣٨٣١٦٤

وقد تم الإقرار بالدين كما يلي:

نوع الدين : مالي ومقداره : ١,٣٠٠,٠٠٠ مليون وثلاثمائة الف ريال على دفعات ابتداء من تاريخ ١٤٣٤/٦/٢٠
سبب الدين : قرض حسن لمساعدتها في عملها التجاري ودفع اجره محامين بسبب قضايا مرفوعه عليها ولمساعدتها
على المعيشة بعد انفصالها من زوجها
وقت حلوله : لا أشترط عليها وقت محدد متى ما توفر المبلغ يتم التسديد
كيفية سداده : على دفعات او تسديده كامل
وقد أقر المدين بإستلام الدين المذكور و التزم بالسداد وقت حلول الدين
وعليه جرى التصديق والتوقيع تحريراً في ١٤٣٧/١١/٢٩ هـ وصلى الله وسلم على نبينا محمد وآله وصحبه أجمعين .

رئيس كتابة العدل

الختم الرسمي

الطيب بن عبدالله السحيباني

عبدالعزيز حمد الصالح

عزيزه محمد يوسف

١٤٣٧/١١/٢٩

سامية محمد المسلماني

٢٨٦

ملحوظة : أي كشط او تعديل في هذا الإقرار يعتبر ملغي والإقرار ساري المفعول ما لم ينتهي العمل المقرر بناءا عليه

( هذا النموذج محضر للاستخدام بالحاسب الآلي ويمنع تعديله )

مصلحة مطابع الحكومة - ٣٧٢٨٣٦

نموذج رقم (١٢-٣-١٠)

# PROMISSORY NOTE

September ___, 2016,
Seattle, Washington

FOR VALUE RECEIVED, Samia El-Moslimany, a married person, (hereinafter "Borrower"), currently residing at 2655 SW 151 Place, Burien, Washington 98166, promises to pay to the order of the Aziza M. Yousef (hereinafter "Lender") the sum of THREE HUNDRED FORTY-SIX THOUSAND SIX HUNDRED AND SIXTY-SIX DOLLARS US ($346,666.00) with ZERO (0%) interest per annum accruing on the unpaid principal, unless changed by subsequent mutual agreement of both parties in writing. All outstanding amounts are due and owing in full on or before the date of Maturity as set forth in Provision 2, below.

Borrower and Lender acknowledge that they execute the instant Note with the intent that it supplements and sets forth additional, more detailed terms, than the previously executed Promissory Note (Ministry of Justice, Saudi Arabia, Document #37163750, 29/11/1437 Hijra), entered into between the Parties. This Promissory Note is attached hereto as EXHIBIT "A" for reference.

1. **PAYMENT PLACE.** Payment shall be made to Lender at her place of residence or at such other place as Lender may designate in writing by notice to Borrower. Payment shall be submitted to the following address:

   P.O. Box 54301
   Riyadh 11415
   Saudi Arabia

2. **MATURITY.** The date of Maturity shall be the final day of the three hundred and sixtieth (360) month, or thirty (30) years, running from the above-referenced date of execution of this Note.

3. **WAIVERS.** Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of Dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

4. **GIVING OF NOTICES.** Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first-class mail to Borrower at the property address above or at a different address if Borrower has given Lender a notice of Borrower's different address.

Any notice that must be given to Lender under this Note will be given by first-class mail to Lender at the address stated above or at a different address if Borrower is provided written notice of that address.

5. **OBLIGATIONS OF PERSONS UNDER THIS NOTE.** If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is guarantor, surety or endorser of this Note is also obligated pursuant to the terms of this Note. Any person, who takes over these obligations, including the obligations of a guarantor surety or endorser of this Note, is also obligated perform pursuant to all terms contained in this Note. Lender may enforce its rights under this Note against each person individually or against all signatories together. Any one person signing this Note may be required to pay all of the amounts owed under this Note.

6. **CHOICE OF LAW.** This Note shall be governed and enforceable pursuant to the applicable laws of the State of Washington.

7. **SECURITY. This Note shall be security by a Deed of Trust, recorded against the following property:**

   LOT 12 OF SEAHURST-WEST, AS PER PLAT RECORDED IN VOLUME 80 OF PLATS, PAGE 45, RECORDS OF KING COUNTY AUDITOR;

   SITUATE IN THE CITY OF BURIEN, COUNTY OF KING, STATE OF WASHINGTON.

   Commonly known as: 2655 SW 151 Place, Burien, Washington 98166.

8. **TERMINATION UPON DEATH.** Lender and Borrower expressly agree that this agreement, and all rights and duties pursuant hereto, immediately terminates upon the death of either party and is non-transferrable to the heirs, beneficiaries or assignees of either party.

Borrower and Lender each acknowledge that they execute this Note as a principal and not as a surety.

Principal and interest (if any) shall be payable in lawful money of the United States.

If legal action must be instituted to enforce any terms of this Note, the prevailing party agrees to pay such sum as the court may fix toward reasonable attorney's fees.

Dated this _o 2_ day of ~~September~~ October, 2016.

**BORROWER:**  **LENDER:**

Salhia El-Moslimany  Aziza M. Yousef

Kingdom of Saudi Arabia
City of Riyadh
Embassy of the United State of America

Before me, the undersigned Notary Public in and for said city and country, did personally appear Aziza M. Yousef (Lender) and signed this Promissory Note as her free and voluntary act and deed.

NOTARY PUBLIC

**Kimberly Gudenkauf**
Consular Associate
Embassy of the United States of America

*Page 4 of 4*

**BORROWER:**

**Samia El-Moslimany**

**STATE OF WASHINGTON**

Before me, the undersigned Notary Public in and for said state and county, did personally appear Samia El-Moslimany (Borrower) and signed this Promissory Note as her free and voluntary act and deed.

11/15/2016

**NOTARY PUBLIC**



GEORGE M. ARGO
COMMISSION EXPIRES
NOTARY
PUBLIC
9-19-19
STATE OF WASHINGTON

# PROMISSORY NOTE

May 28, 2017
Riyadh, Saudi Arabia

FOR VALUE RECEIVED, Samia El-Moslimany, a married person, (hereinafter "Borrower"), currently residing at 2655 SW 151 Place, Burien, Washington 98166, promises to pay to the order of the Aziza M. Yousef (hereinafter "Lender") the sum of ONE HUNDRED THOUSAND DOLLARS US ($100,000.00) with ZERO (0%) interest per annum accruing on the unpaid principal, unless changed by subsequent mutual agreement of both parties in writing. All outstanding amounts are due and owing in full on or before the date of Maturity as set forth in Provision 2, below.

Borrower and Lender acknowledge that they execute the instant Note with the intent that it supplements and sets forth additional, more detailed terms in a Promissory Note to be executed in Riyadh, Saudi Arabia by the Ministry of Justice, Saudi Arabia,

1. **PAYMENT PLACE.** Payment shall be made to Lender at her place of residence or at such other place as Lender may designate in writing by notice to Borrower. Payment shall be submitted to the following address:

   > P.O. Box 54301
   > Riyadh 11415
   > Saudi Arabia

2. **MATURITY.** The date of Maturity shall be the final day of the three hundred and sixtieth (360) month, or thirty (30) years, running from the above-referenced date of execution of this Note.

3. **WAIVERS.** Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of Dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

4. **GIVING OF NOTICES.** Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first-class mail to Borrower at the property address above or at a different address if Borrower has given Lender a notice of Borrower's different address.

Any notice that must be given to Lender under this Note will be given by first-class mail to Lender at the address stated above or at a different address if Borrower is provided written notice of that address.

5. **OBLIGATIONS OF PERSONS UNDER THIS NOTE.** If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is guarantor, surety or endorser of this Note is also obligated pursuant to the terms of this Note. Any person, who takes over these obligations, including the obligations of a guarantor surety or endorser of this Note, is also obligated perform pursuant to all terms contained in this Note. Lender may enforce its rights under this Note against each person individually or against all signatories together. Any one person signing this Note may be required to pay all of the amounts owed under this Note.

6. **CHOICE OF LAW.** This Note shall be governed and enforceable pursuant to the applicable laws of the State of Washington.

7. **SECURITY. This Note shall be security by a Deed of Trust, recorded against the following property:**

   LOT 12 OF SEAHURST-WEST, AS PER PLAT RECORDED IN VOLUME 80 OF PLATS, PAGE 45, RECORDS OF KING COUNTY AUDITOR;

   SITUATE IN THE CITY OF BURIEN, COUNTY OF KING, STATE OF WASHINGTON.

   Commonly known as: 2655 SW 151 Place, Burien, Washington 98166.

8. **TERMINATION UPON DEATH.** Lender and Borrower expressly agree that this agreement, and all rights and duties pursuant hereto, immediately terminates upon the death of either party and is non-transferrable to the heirs, beneficiaries or assignees of either party.

Borrower and Lender each acknowledge that they execute this Note as a principal and not as a surety.

Principal and interest (if any) shall be payable in lawful money of the United States.

If legal action must be instituted to enforce any terms of this Note, the prevailing party agrees to pay such sum as the court may fix toward reasonable attorney's fees.

Dated this 28th Day of May, 2017.

**BORROWER:**                                    **LENDER:**

_____               _____
Samia El-Moslimany                              Aziza M. Yousef

# PROMISSORY NOTE

Riyadh, Saudi Arabia


     FOR VALUE RECEIVED, Samia El-Moslimany, a married person, (hereinafter "Borrower"), currently residing at 2655 SW 151 Place, Burien, Washington 98166, promises to pay to the order of the Aziza M. Yousef (hereinafter "Lender") the sum of ONE HUNDRED THOUSAND SAUDI ARABIAN RIYALS (SAR100,000.00) with ZERO (0%) interest per annum accruing on the unpaid principal, unless changed by subsequent mutual agreement of both parties in writing. All outstanding amounts are due and owing in full on or before the date of Maturity as set forth in Provision 2, below. Borrower and Lender acknowledge that they execute the instant Note with the intent that it supplements and sets forth additional, more detailed terms in a Promissory Note to be executed in Riyadh, Saudi Arabia by the Ministry of Justice, Saudi Arabia,


1. **PAYMENT PLACE.** Payment shall be made to Lender at her place of residence or at such other place as Lender may designate in writing by notice to Borrower. Payment shall be submitted to the following address:

   > P.O. Box 54301
   > Riyadh 11415
   > Saudi Arabia

2. **MATURITY.** The date of Maturity shall be the final day of the three hundred and sixtieth (360) month, or thirty (30) years, running from the above-referenced date of execution of this Note.

3. **WAIVERS.** Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of Dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

4. **GIVING OF NOTICES.** Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first-class mail to Borrower at the property address above or at a different address if Borrower has given Lender a notice of Borrower's different address.

Any notice that must be given to Lender under this Note will be given by first-class mail to Lender at the address stated above or at a different address if Borrower is provided written notice of that address.

5. **OBLIGATIONS OF PERSONS UNDER THIS NOTE.**  If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed.  Any person who is guarantor, surety or endorser of this Note is also obligated pursuant to the terms of this Note.  Any person, who takes over these obligations, including the obligations of a guarantor surety or endorser of this Note, is also obligated perform pursuant to all terms contained in this Note.  Lender may enforce its rights under this Note against each person individually or against all signatories together.  Any one person signing this Note may be required to pay all of the amounts owed under this Note.

6. **CHOICE OF LAW.**  This Note shall be governed and enforceable pursuant to the applicable laws of the State of Washington.

7. **SECURITY. This Note shall be security by a Deed of Trust, recorded against the following property:**

   LOT 12 OF SEAHURST-WEST, AS PER PLAT RECORDED IN VOLUME 80 OF PLATS, PAGE 45, RECORDS OF KING COUNTY AUDITOR;

   SITUATE IN THE CITY OF BURIEN, COUNTY OF KING, STATE OF WASHINGTON.

   Commonly known as: 2655 SW 151 Place, Burien, Washington 98166.

8. **TERMINATION UPON DEATH.** Lender and Borrower expressly agree that this agreement, and all rights and duties pursuant hereto, immediately terminates upon the death of either party and is non-transferrable to the heirs, beneficiaries or assignees of either party.

Borrower and Lender each acknowledge that they execute this Note as a principal and not as a surety.

Principal and interest (if any) shall be payable in lawful money of the United States.

If legal action must be instituted to enforce any terms of this Note, the prevailing party agrees to pay such sum as the court may fix toward reasonable attorney's fees.

Dated this 25th Day of July, 2019.

**BORROWER:**

**LENDER:**

_____         _____
Samia El-Moslimany                  Aziza M. Yousef



**Internet Copy**

## Exhibit B

## ANB Net Transaction Receipt

**Sir/Madam :** SARA A. S. ALHAIDAR
**Account Number:** 0108064878950011

### Transaction Details

Transaction Reference Number 1731306668
Transaction Type: Utility Bill Payment
Transaction Date & Time: 28/09/2017
From Account/Credit Card: 0108064878950011
Payment Type: Post Paid

### Utility Bill Details

Company: Saudi Post
Subscriber Number 233405331
Amount Due: 280.00
Bill Due Date: 04/08/2017

### Financial Details

Amount Paid: 280.00

| Toll Free (in KSA): | 8001244040 |
|---|---|
| Outside KSA: | 00966112994040 |

Electronic Transaction Confirmation (Does not require a signature).

arab national bank Saudi Stock Co. Paid up Capital S.R.10000 Million
P. O. Box 56921, Riyadh 11564 – Kingdom of Saudi Arabia
Tel +966 11 402 9000 Fax +966 11 402 7747

البنك العربي الوطني شركة مساهمة سعودية رأس المال المدفوع ١٠٠٠٠مليون ريال
ص.ب ٥٦٩٢١ الرياض ١١٥٦٤ – المملكة العربية السعودية
تلفون ٩٠٠٠ ٤٠٢ ١١ ٩٦٦+ فاكس ٧٧٤٧ ٤٠٢ ١١ ٩٦٦+



**Internet Copy**

## ANB Net Transaction Receipt

**Sir/Madam :** SARA A. S. ALHAIDAR
**Account Number:** 0108064878950011

### Transaction Details

Transaction Reference Number 1731306669
Transaction Type: Utility Bill Payment
Transaction Date & Time: 28/09/2017
From Account/Credit Card: 0108064878950011
Payment Type: Post Paid

### Utility Bill Details

Company: STC
Subscriber Number 00102561287
Amount Due: 454.28
Bill Due Date: 30/09/2017

### Financial Details

Amount Paid: 454.28

| Toll Free (in KSA): | 8001244040 |
|---|---|
| Outside KSA: | 00966112994040 |

Electronic Transaction Confirmation (Does not require a signature).

arab national bank Saudi Stock Co. Paid up Capital S.R. 10000 Million
P. O. Box 56921, Riyadh 11564 – Kingdom of Saudi Arabia
Tel +966 11 402 9000 Fax +966 11 402 7747

البنك العربي الوطني شركة مساهمة سعودية رأس المال المدفوع ١٠٠٠٠مليون ريال
ص.ب.٥٦٩٢١ الرياض ١١٥٦٤ – المملكة العربية السعودية
تلفون ٤٠٢٩٠٠٠+٩٦٦١١ فاكس ٤٠٢٧٧٤٧+٩٦٦١١




**Back**

**samba** Ⓡ سامبا

**Logout**

| | |
|---|---|
| Account No | ****1831 |
| Reference No | 0669245 |
| Type | International Transfer -Net |
| Amount | 8,634.66 |
| Date | 13-03-2019 |
| Channel | SambaOnline |
| Remarks | TRANSFER OF USD 2300 @ 3.7542000 IN FAVOUR OF: RILLA ELLA USMAN AL HADDAR A/C : 1102942826 BANK : SOUND CREDIT UNION UNDER OUR REF 0500300725609. |

    

 Back     samba ⟨⟩ سامبا     Logout

| | |
|---|---|
| From Currency | SAR |
| To Account | 1102942826 |
| To Currency | USD |
| Beneficiary Name | RILLA ELLA USMAN AL-HADDAR |
| Beneficiary Address | PO BOX 367 SEAHURST, WA USA |
| Bank Name | SOUND CREDIT UNION |
| FX Rate | 3.7542000 |
| Destination Amount | USD 5,300.00 |
| Fees | SAR 50.00 |
| VAT | SAR 2.50 |
| Total Amount to be Debited | SAR 19,949.76 |

Personal remittance

 My Accounts     Transfers     SADAD     My Cards     More

## Transaction Details

| | |
|---|---|
| Account No | ****1831 |
| Reference No | 0669245 |
| Type | International Transfer -Net |
| Amount | 10,887.18 |
| Date | 13-04-2019 |
| Channel | SambaOnline |
| Remarks | TRANSFER OF USD 2900 @ 3.7542000 IN FAVOUR OF: RILLA ELLA USMAN AL HADDAR A/C : 1102942826 BANK : SOUND CREDIT UNION UNDER OUR REF 0500301036520. |

 My Accounts     Transfers     SADAD     My Cards     More



samba سامبا

Back Logout

## Transaction Details

| | |
|---|---|
| Account No | ****1831 |
| Reference No | 0669245 |
| Type | International Transfer -Net |
| Amount | 10,887.18 |
| Date | 13-04-2019 |
| Channel | SambaOnline |
| Remarks | TRANSFER OF USD 2900 @ 3.7542000 IN FAVOUR OF: RILLA ELLA USMAN AL HADDAR A/C : 1102942826 BANK : SOUND CREDIT UNION UNDER OUR REF 0500301036520. |



My Accounts



Transfers



SADAD



My Cards



More

تمت عملية التحويل للمستفيد بنجاح ✓

حفظ ♥

## تفاصيل التحويل

| | |
|---|---|
| من حساب | 0040-80066314-001 |
| المستفيد | SAMIA ELMOSLIMANY |
| الإسم | SAMIA ELMOSLIMANY |
| اسم البنك | مجموعة سامبا المالية |
| رقم الحساب الدولي | |

SA354000000000124502474 - SAR

| | |
|---|---|
| المبلغ | 100,000.00 ريال سعودي |
| الرسوم | 2.50 ريال سعودي - 01/08/2019 |
| قيمة الضريبة المضافة | 0.13 ريال سعودي |
| الفئة | شخصي |
| الغرض | الأهل والأقارب/ الأصدقاء |
| وقت التحويل | فوري |

الصفحة الرئيسية

عملية جديدة

MONEY TRANSFER / DRAFT ISSUANCE APPLICATION السندات تحويل لبيع / نيابة بمصرفي

Date: ____ 30/10/2019 ____ التاريخ    Branch: Northern Ring Road Ladies Br. المعرض

**Exhibit C**

| Currency العملة | Amount المبلغ |
|---|---|
| US $ | 12,000 |

Please Issue: الرجاء إصدار
- ☐ Same Transfer حوالة سريع
- ☐ Draft شيك مصرفي
- ☐ Telex Transfer حوالة بالتلكس    2019 OCT 30   14
- ☐ Account to account transfer تحويل من حساب إلى حساب اخر

Amount in words المبلغ بالأحرى
Twelve thousand and 00/100 US dollars

Against Payment By: طريقة الدفع
- ☐ Check No. ____ رقم شيك ____ بالشيك رقم
- ☐ Debit Account No. ____ بالقيد على حساب رقم

---

**Remittance Details** تفاصيل التحويل المستفيد

Beneficiary's IBAN No : الرقم العالمي للحساب المصرفي

Beneficiary's Name اسم المستفيد ____    Beneficiary's Bank بنك المستفيد ____ KEYBANK

Tel. No. ____ رقم الهاتف    Swift code ____ رمز المصرف KEYUS33

Address: SEATTLE WA USA العنوان    Bank's Address عنوان البنك ____

Zipcode ____ الرمز البريدي SEATTLE    Bank's Address SEATTLE WA 98122

Country USA الدولة State WA    City SEATTLE المدينة Country USA الدولة

Your Relationship with Beneficiary العلاقة مع المستفيد: ☐ Self نفسي ☐ Family/Relative أسرة/قريب ☐ Friend صديق ☐ Business عمل

Other Details: ____ تفاصيل أخرى

Purpose of transfer: FAMILY LOAN غرض التحويل

Terms and conditions overleaf as well as those mentioned in account opening agreement shall apply. For details, refer to terms and conditions section at www.samba.com
Declaration
1. I am aware and agree with applicable charges/fees that would be levied as per schedule of bank charges.
2. I am aware that bank regulations in Saudi Arabia prohibit the transfer of money if I do not know the beneficiary (transferee), do not have a regular relationship with the beneficiary and if I do not have a legitimate purpose for the transfer.

Remitter's Name: SARAH ALHAITAR اسم المحول

Telephone No. 0554466559 رقم الهاتف    ID Number: 1044252043 رقم الهوية

Remitter's Signature: ____ توقيع المحول

To be filled if Remitter is other than the Account holder تعبأ إذا كان المحول غير صاحب الحساب

Name & ID No. ____ الاسم ورقم الهوية

Date and Place of Issuance ____ تاريخ ومكان الإصدار
Sponsor's Address and Telephone No. ____ عنوان ____ Address: ____ العنوان
Signature ____ التوقيع

---

| Purpose of Remittance: FAMILY LOAN الغرض من التحويل | For Bank Use Only لاستخدام البنك فقط | |
|---|---|---|
| This information is for statistical purpose only هذه المعلومات لأغراض إحصائية فقط | Exchange Rate سعر الصرف | Counter Value (SAR) القيمة المقابلة (ريال سعودي) |
| 1. ☐ Import Finance Payment. | 3.7551 | 45067.20 |
| 2. ☐ Remittance by Foreign Firms For imports | | |
| 3. ☐ Remittance by Foreign Firms Other Purposes | Handing Charges نكاليف مناولة | 75 + VAT 8.75 |
| 4. ☐ Personal Remittances by Individuals - Saudi. | | |
| 5. ☐ Personal Remittances by Individuals - Non-Saudi | Total (SAR) الإجمالي (ريال سعودي) | 45151.95 |
| 6. ☐ Investments Outside the Kingdom. | | |
| 7. ☐ Sales to Money Changers. | | |
| 8. ☐ Sales to Government Agencies. | | |
| 9. ☐ Others (please specify): FAMILY LOAN | Processor | Verifier |

Samba Financial Group Saudi Joint Stock Company Capital SR 20000 Million, Commercial Reg No 1000035389 Head Office Riyadh P.O Box 833 Riyadh 0421 Kingdom of Saudi Arabia Tel +966 11 4774770 Fax +966 11 479 9402

**samba** سامبا