UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re:<br><br>SAMIA EL-MOSLIMANY<br><br>Debtor | Case No. 18-14820-CMA<br>Chapter 7<br><br>**ORDER COMPELLING ABANDONMENT OF PROPERTY OF THE ESTATE** |
|---|---|

THIS MATTER came on regularly before the Court on the motion of the debtor for an order abandoning the debtor's interest in the real property at 2655 SW 151st PL, Burien, WA 98166 (the "Property"), legally described as Lot 12, Seahurst West, according to the plat thereof recorded in volume 80 of plats, page 45, records of King County Washington. Notice was given as required by the Bankruptcy Rules. The Court considered the pleadings filed herein and the arguments of counsel, and made oral findings and conclusions on the record, which are incorporated herein by reference. Being duly advised, it is hereby ordered:

The motion is granted. The interest of debtor Samia El-Moslimany in the

ORDER OF ABANDONMENT - 1

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

Property is hereby deemed abandoned and no longer property of the bankruptcy estate.

/// end of order \\\

Presented By:

DONALD A BAILEY
/s/ Donald A Bailey
WSB#12289
Attorney for Debtor

ORDER OF ABANDONMENT - 2

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com