# EXHIBIT C

| | | |
|---|---|---|
| | | from proceedings in the district court, the court recognizes that counsel have met all past obligations, but notes that a new matter has been filed while counsels' motion to withdraw was pending. The court is inclined to allow a renewed motion after addressing the pending motion for certification of judgment. (Talwani, Indira) (Entered: 11/15/2016) |
| 11/21/2016 | 230 | TRANSCRIPT ORDER FORM by Ann El-Moslimany, Samia El-Moslimany Judge First.. (White, George) (Entered: 11/21/2016) |
| 11/21/2016 | 231 | TRANSCRIPT ORDER FORM by Ann El-Moslimany, Samia El-Moslimany Judge First.. (White, George) (Entered: 11/21/2016) |
| 11/22/2016 | 232 | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to Cheryl Dahlstrom re 224 Notice of Appeal,,,, Transcript order form filed in USCA on November 22, 2016. Transcripts ordered: 7/11/16-7/19/2016 Trial transcripts. Transcripts due by 1/23/2017. (Scalfani, Deborah) (Entered: 11/22/2016) |
| 12/13/2016 | 233 | Judge Indira Talwani: ELECTRONIC ORDER entered ALLOWING 228 Motion Certified Copy of Judgment. The Clerk is directed to issue a certified copy of the 223 Amended Final Judgment issued in this case. (DaSilva, Carolina) (Entered: 12/13/2016) |
| 12/16/2016 | 234 | Transcript of Day One of Jury Trial held on July 11, 2016, before Judge Indira Talwani. COA Case No. 16-2347. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Cheryl Dahlstrom at cheryldahlstrom@comcast.net Redaction Request due 1/6/2017. Redacted Transcript Deadline set for 1/16/2017. Release of Transcript Restriction set for 3/16/2017. (Scalfani, Deborah) (Entered: 12/16/2016) |
| 12/16/2016 | 235 | Transcript of Day Two of Jury Trial held on July 12, 2016, before Judge Indira Talwani. COA Case No. 16-2347. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Cheryl Dahlstrom at cheryldahlstrom@comcast.net Redaction Request due 1/6/2017. Redacted Transcript Deadline set for 1/16/2017. Release of Transcript Restriction set for 3/16/2017. (Scalfani, Deborah) (Entered: 12/16/2016) |
| 12/16/2016 | 236 | Transcript of Day Three of Jury Trial held on July 13, 2016, before Judge Indira Talwani. COA Case No. 16-2347. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Cheryl Dahlstrom at cheryldahlstrom@comcast.net Redaction Request due 1/6/2017. Redacted Transcript Deadline set for 1/16/2017. Release of Transcript Restriction set for 3/16/2017. (Scalfani, Deborah) (Entered: 12/16/2016) |
| 12/16/2016 | 237 | Transcript of Day Four of Jury Trial held on July 14, 2016, before Judge Indira Talwani. COA Case No. 16-2347. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Cheryl Dahlstrom at cheryldahlstrom@comcast.net Redaction Request due 1/6/2017. Redacted |