# EXHIBIT F

AFTER RECORDING, RETURN TO:

Suzanne Elovecky
Todd & Weld, LLP
One Federal Street, 27th Floor
Boston, MA 02110



## NOTICE OF JUDGMENT LIEN AGAINST HOMESTEAD PROPERTY

PLEASE TAKE NOTICE that Hayat Sindi has obtained a judgment against Samia El-Moslimany, individually, and Ann El-Moslimany, individually, in the case of Hayat Sindi v. Samia El-Moslimany and Ann El-Moslimany, in the United States District Court for the District of Massachusetts, Civil Action No. 13-cv-10798-IT. The foreign judgment has been registered with the United States District Court for the Western District of Washington as Case No. 17-MC-001. A copy of the judgment is attached hereto as "Exhibit A" for recording purposes. Pursuant to RCW 6.13.090, Hayat Sindi claims a lien on the value of the homestead property owned by Samia and Ann El-Moslimany located at 2566 SW 151st Place, Burien, Washington, 98166, also known as King County, Washington Parcel No. 764800-0120, as well as this and any other property owned by Samia and Ann El-Moslimany pursuant to RCW 4.56.190, whether or not any homestead exception applies. Hayat Sindi claims all rights afforded to her by law concerning this lien.

Dated this 24th of February, 2017.

Hayat Sindi, by her attorneys:

David Rich (Mass. BBO No. 634275)
drich@toddweld.com
Suzanne Elovecky (Mass. BBO No. 670047)
selovecky@toddweld.com
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
617-720-2626

COMMONWEALTH OF MASSACHUSETTS  }
                               }
COUNTY OF SUFFOLK              }

On this 24th day of February, 2017, personally appeared Suzanne Elovecky before me, a Notary Public in and for the Commonwealth of Massachusetts, to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that she signed the same as her free and voluntary act and deed, for the uses and purposes therein mentoned.

WITNESS my hand and official seal hereto on February 24, 2017.

*Elena M. Joyce* (signature)

ELENA M. JOYCE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 17, 2017

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



HAYAT SINDI,

    Plaintiff,

v.

SAMIA EL-MOSLIMANY and ANN
EL-MOSLIMANY,

    Defendants.

Civil Action No. 13-cv-10798

## AMENDED FINAL JUDGMENT

October 6, 2016

This action was tried by a jury with U.S. District Judge Indira Talwani presiding, and the jury has rendered a verdict. Thereafter, the court has made further factual findings in support of a permanent injunction.

It is ordered that:

Plaintiff Hayat Sindi recover from Defendant Samia El-Moslimany the amount of $1,476,000 in compensatory and special damages; $631,808.88 in prejudgment interest, which is calculated at a rate of 12% per annum, Mass. Gen. Laws ch. 231, § 6B, from January 25, 2013 through August 18, 2016 (the date of the original judgment); and costs as allowed by separate order. Post-judgment interest is awarded at a rate of .56% per annum, 28 U.S.C. § 1961.

Plaintiff Hayat Sindi recover from Defendant Ann El-Moslimany the amount of $344,000 in compensatory and special damages; $147,250.85 in prejudgment interest, which is calculated at a rate of 12% per annum, Mass. Gen. Laws ch. 231, § 6B, from January 25, 2013 through August 18, 2016 (the date of the original judgment); and costs as allowed by separate order. Post-judgment interest is awarded at a rate of .56% per annum, 28 U.S.C. § 1961.

Defendants Samia El-Moslimany and Ann El-Moslimany are enjoined from repeating—orally, in writing, through direct electronic communications, or by directing others to websites or blogs reprinting Samia El-Moslimany's or Ann El-Moslimany's letters and comments—the statements:

1. That Hayat Sindi is an academic and scientific fraud;
2. That Sindi received awards meant for young scholars or other youth by lying about her age;
3. That Sindi was fraudulently awarded her PhD;
4. That Sindi did not conduct the research and writing of her dissertation;
5. That Sindi's dissertation was "ghost researched" and "ghost written";
6. That Sindi's role in the founding of Diagnostics For All was non-existent, and that Sindi did not head the team of six people that won the MIT Entrepreneurship Competition.

IT IS SO ORDERED.

October 6, 2016

/s/ Indira Talwani
United States District Judge