# EXHIBIT H

**Return Address:**
Law Offices of Anthony S. Wisen, PLLC
Attn: Anthony S. Wisen, Esq.
1752 NW Market St., # 709
Seattle, WA 98107


20180925000965
JUDGMENT Rec: $106.00
9/25/2018 3:20 PM
KING COUNTY, WA

Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

**Document Title(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in)

1. Foreign Judgment 2. ______
3. ______ 4. ______

**Reference Number(s) of Documents assigned or released:**

Additional reference #'s on page______of document

**Grantor(s)** (Last name, first name, initials)
1. Samia El-Moslimany, ______
2. Ann El-Moslimany, ______

Additional names on page______of document.

**Grantee(s)** (Last name first, then first name and initials)
1. Hayat Sindi, ______
2. ______, ______

Additional names on page______of document.

**Legal description** (abbreviated: i.e. lot, block, plat or section, township, range)
SEAHURST WEST ADD AND UND INT IN TRACTS B & C

Additional legal is on page______of document.

**Assessor's Property Tax Parcel/Account Number** ______Assessor Tax # not yet assigned

763800-0120

The Auditor/Recorder will rely on the information provided on the form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

I am requesting an emergency nonstandard recording for an additional fee as provided in RCW 36.18.010. I understand that the recording processing requirements may cover up or otherwise obscure some part of the text of the original document.

______________________________Signature of Requesting Party

FILED

CERTIFIED COPY

2018 SEP -7 PM 12: 02

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

HAYAT SINDI,

Judgment Creditor,

v.

SAMIA EL-MOSLIMANY and ANN EL-MOSLIMANY,

Judgment Debtors.

No. 18-2-22410-1 SEA KNT

FOREIGN JUDGMENT

**CLERK'S ACTION REQUIRED**

FOREIGN JUDGMENT SUMMARY

A. Judgment Creditor — Hayat Sindi

B. Judgment Debtors — Samia El-Moslimany

Ann El-Moslimany



Law Offices of Anthony S. Wisen, PLLC
1752 NW Market St., #709
Seattle, Washington 98107
(206) 418-8720 · tony@wisenlaw.com

| | | |
|---|---|---|
| C. | Principal Judgment Amount | $1,076,000.00 (Samia El-Moslimany)<br>$244,000.00 (Ann El-Moslimany) |
| D. | Pre-Judgment Interest (1/25/2013 through 8/18/2016) | $460,233.21 (Samia El-Moslimany)<br>$104,365.15 (Ann El-Moslimany) |
| E. | Post-Judgement Interest (8/19/2016 through 8/29/2018) | $12,216.28 (Samia El-Moslimany)<br>$2,770.24 (Ann El-Moslimany) |
| F. | Total Amount of Judgment, Less Costs | $1,548,449.49 (Samia El-Moslimany)<br>$351,135.39 (Ann El-Moslimany) |
| G. | Costs (Pursuant to RCW 6.36.140) | $22.00 |
| H. | Total Amount of Judgment with Costs | $1,548,471.49 (Samia El-Moslimany)<br>$351,157.39 (Ann El-Moslimany) |
| I. | Attorneys for Judgment Creditor | Anthony S. Wisen<br>Law Offices of Anthony S. Wisen, PLLC<br>1752 NW Market St., #709<br>Seattle, WA 98107 |
| J. | Attorneys for Judgment Debtor | Elena Garella, Esq.<br>927 N. Northlake Way, Ste. 301<br>Seattle, WA 98103<br><br>John A. Kiernan, Esq.<br>Robert E. Koosa, Esq.<br>Bonner Kiernan Trebach & Crociata, LLP<br>40 Court St., Third Floor<br>Boston, MA 02114 |
| K. | Other: | Foreign Judgment is from the United States District Court for the District of Massachusetts, Case No. 1:13-cv-10798-IT |



Law Offices of Anthony S. Wisen, PLLC
1752 NW Market St., #709
Seattle, Washington 98107
(206) 418-8720 · tony@wisenlaw.com

L. Filing Date August 17, 2018

M. Expiration Date August 17, 2038

**TO CLERK OF THE COURT**: Pursuant to RCW 6.36.025 and 6.36.035, you are requested to:

(1) file the attached exemplified copy of the above-described foreign judgment in the office of the Clerk of the above-entitled Court (see Exhibit 1).

DATED this 7th day of September, 2018.

Law Offices of Anthony S. Wisen, PLLC
Attorneys for Judgment Creditor

By ____________________
Anthony S. Wisen, WSBA #39656



Law Offices of Anthony S. Wisen, PLLC
1752 NW Market St., #709
Seattle, Washington 98107
(206) 418-8720 · tony@wisenlaw.com

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

## EXEMPLIFICATION CERTIFICATE

I, Robert M. Farrell, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Second amended final judgment in CA No. 1:13-cv-10798-IT

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District at Boston (City) on August 23, 2018 (Date)

Robert M. Farrell
Clerk

Robert M. Farrell
(By) Deputy Clerk

I, Indira Talwani, a Judicial Officer of this Court, certify that Robert M. Farrell, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

August 24, 2018
Date

Indira Talwani
Signature of Judge

United States District Judge
Title

I, Robert M. Farrell, Clerk of this United States District Court, keeper of the seal, certify that the Honorable Indira Talwani (Judge), named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at Boston (City) in this State, on August 24, 2018 (Date)

ROBERT M. FARRELL
Clerk

[signature]
(By) Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HAYAT SINDI,

Plaintiff,

v.

SAMIA EL-MOSLIMANY and ANN EL-MOSLIMANY,

Defendants.

Civil Action No. 13-cv-10798-IT

I hereby certify on 8/23/18 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ______
☑ original filed in my office on 8/17/18
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By: ______
Deputy Clerk

SECOND AMENDED FINAL JUDGMENT

TALWANI, D.J.

This action was tried by a jury with U.S. District Judge Indira Talwani presiding, and the jury has rendered a verdict. In accordance with the verdict, it is ordered that:

Plaintiff Hayat Sindi recovers from Defendant Samia El-Moslimany the amount of $1,076,000 in compensatory and special damages; prejudgment interest, which is calculated at a rate of 12% per annum, Mass. Gen. Laws ch. 231, § 6B, from January 25, 2013 through August 18, 2016 (the date of the original judgment); and costs as allowed by separate order. Post-judgment interest is awarded at a rate of .56% per annum, 28 U.S.C. § 1961.

Plaintiff Hayat Sindi recovers from Defendant Ann El-Moslimany the amount of $244,000 in compensatory and special damages; prejudgment interest, which is calculated at a rate of 12% per annum, Mass. Gen. Laws ch. 231, § 6B, from January 25, 2013 through August 18, 2016 (the date of the original judgment); and costs as allowed by separate order. Post-judgment interest is awarded at a rate of .56% per annum, 28 U.S.C. § 1961.

IT IS SO ORDERED.

Date: August 17, 2018

/s/ Indira Talwani
United States District Judge