EXHIBIT I

# First American Title Insurance Company

MORTGAGE SOLUTIONS DIVISION
3 FIRST AMERICAN WAY, SANTA ANA, CA 92707

NOVEMBER 1, 2018

ANTHONY S. WISEN, ESQ.
1752 NW MARKET ST., #709
SEATTLE, WA 98107
ATTN: ANTHONY S. WISEN

REFERENCE: **HAYAT SINDI/EL-MOSLIMANY**
OUR ORDER NUMBER: **8746032**

THE ITEMS ENCLOSED WERE PREPARED FOR THE SOLE USE OF THE HEREIN-NAMED TRUSTEE. THESE ITEMS SHOULD NOT BE RELIED UPON BY ANY THIRD PARTY AS A CONDITION OF TITLE.

**First American Title Insurance Company
Mortgage Solutions Division**

MARIE CRUZ
TITLE OFFICER
PH: 714-250-4433
**FX: 714-800-7866**

ENCLOSURE

# L I T I G A T I O N   G U A R A N T E E

SUBJECT TO THE LIMITATIONS CONTAINED HEREIN, THE EXCLUSIONS FROM COVERAGE, THE LIMITS OF LIABILITY AND OTHER PROVISIONS OF THE CONDITIONS AND STIPULATIONS HERETO ANNEXED AND MADE A PART OF THIS GUARANTEE.

## *First American Title Insurance Company*
a California corporation, herein called the Company

**GUARANTEES**

the Assured named in Schedule A against loss not exceeding the liability amount stated in Schedule A which the Assured shall sustain by reason of any incorrectness in the assurance which the Company hereby gives that, according to the public records, as of Date of Guarantee shown in Schedule A:

1. The title to the herein described estate or interest is vested in the vestee named in Schedule A.

2. Except for the matters shown in Schedule B, there are no defects, liens, encumbrances or other matters affecting title to the estate or interest in the land shown in Schedule A, which matters are not necessarily shown in the order of their priority.

3. a) The current interest holders claiming some right, title or interest by reason of the matters shown in Part II of Schedule B are as shown therein. The vestee named in Schedule A and parties claiming to have some right, title or interest by reason of the matters shown in Part II of Schedule B may be necessary parties defendant in an action, the nature of which is referred to in Schedule A.

    b) The current interest holders claiming some right, title or interest by reason of the matters shown in Part I of Schedule B may also be necessary parties defendant in an action, the nature of which is referred to in Schedule A. However, no assurance is given hereby as to those current interest holders.

4. The return addresses for mailing after recording, if any, as shown on each and every document referred to in Part II of Schedule B by specific recording information, and as shown on the document(s) vesting title as shown in Schedule A are as shown in Schedule C.

5. Any failure by the foreclosing Trustee or Beneficiary to comply with the requirements of a County or City Ordinance, if any, as it pertains to the maintenance of the property described herein, prior to or during the foreclosure process.

THIS LITIGATION GUARANTEE IS FURNISHED SOLELY FOR THE PURPOSE OF FACILITATING THE FILING OF THE ACTION REFERRED TO IN SCHEDULE A. IT SHALL NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE.

## *First American Title Insurance Company*

BY      PARKER S. KENNEDY  -  PRESIDENT


BY      MARIE CRUZ
        ASSISTANT SECRETARY
        TITLE OFFICER
        PH: 714-250-4433
        FX: 714-800-7866

## SCHEDULE A

**LIABILITY:** $1,200,000.00  **FEE:** $2735.00

1. NAME OF ASSURED:

   **HAYAT SINDI**

2. DATE OF GUARANTEE:

   **OCTOBER 22, 2018** AT **7:30 A.M.**

3. THIS LITIGATION GUARANTEE IS FURNISHED SOLELY FOR THE PURPOSE OF FACILITATING THE FILING OF AN ACTION TO:

   **RESIDENTIAL FORECLOSURE UNDER WRIT OF EXECUTION**

4. THE ESTATE OR INTEREST IN THE LAND WHICH IS COVERED BY THIS GUARANTEE IS:

   **A FEE**

5. TITLE TO THE ESTATE OR INTEREST IN THE LAND IS VESTED IN:

   **ANN PAXTON EL-MOSLIMANY AN UNMARRIED WOMAN AND SAMIA EL-MOSLIMANY, A MARRIED PERSON AS HER SEPARATE ESTATE**

6. THE LAND REFERRED TO IN THIS GUARANTEE IS DESCRIBED AS FOLLOWS:

   **(SEE ATTACHED EXHIBIT "A")**

ORDER NO: 8746032
REFERENCE NO: HAYAT SINDI
TITLE OFFICER: MARIE CRUZ
PRODUCT TYPE: LITIGATION GUARANTEE

# EXHIBIT A

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE **STATE OF WASHINGTON, COUNTY OF KING, CITY OF BURIEN**, AND IS DESCRIBED AS FOLLOWS:

LOT 12 OF SEAHURST-WEST, AS PER PLAT RECORDED IN VOLUME 80 OF PLATS, PAGE 45, RECORDS OF KING COUNTY AUDITOR;

SITUATE IN THE CITY OF BURIEN, COUNTY OF KING, STATE OF WASHINGTON.

ORDER NO: 8746032  
REFERENCE NO: HAYAT SINDI  
TITLE OFFICER: MARIE CRUZ  
PRODUCT TYPE: LITIGATION GUARANTEE

* * * * * * * * *

# W A R N I N G

"THE MAP ATTACHED HERETO MAY OR MAY NOT BE A SURVEY OF THE LAND DEPICTED THEREON. YOU SHOULD NOT RELY UPON IT FOR ANY PURPOSE OTHER THAN ORIENTATION TO THE GENERAL LOCATION OF THE PARCEL OR PARCELS DEPICTED. FIRST AMERICAN EXPRESSLY DISCLAIMS ANY LIABILITY FOR ALLEGED LOSS OR DAMAGE WHICH MAY RESULT FROM RELIANCE UPON THIS MAP."

* * * * * * * * *

## SCHEDULE B

DEFECTS, LIENS, ENCUMBRANCES OR OTHER MATTERS AFFECTING TITLE:

**PART I:**

1. LIABILITY FOR ASSESSMENT(S) AND/OR PERSONAL PROPERTY TAXES, IF ANY.

2. GENERAL AND SPECIAL TAXES FOR THE CALENDAR YEAR **2019**, A LIEN NOT YET DUE OR PAYABLE.

3. GENERAL TAXES FOR THE YEAR **2018** WHICH HAVE BEEN PAID.
AMOUNT: **$14,373.71**
TAX ACCOUNT NO.: **763800-0120-00**
LAND: **$187,000.00**
IMPROVEMENT: **$849,000.00**

4. ANY AND ALL OFFERS OF DEDICATION, CONDITIONS, RESTRICTIONS, EASEMENTS, FENCELINE/BOUNDARY DISCREPANCIES, NOTES AND/OR PROVISIONS SHOWN OR DISCLOSED BY THE FILED OR RECORDED MAP REFERRED TO IN THE LEGAL DESCRIPTION.

5. RESERVATIONS AND EXCEPTIONS, INCLUDING THE TERMS AND CONDITIONS THEREOF:
RESERVING: MINERALS.
RESERVED BY: **STATE OF WASHINGTON**
RECORDED: **UNDISCLOSED**
RECORDING NO.: **INSTRUMENT NO. 2430231**

6. COVENANTS, CONDITIONS, RESTRICTIONS AND/OR EASEMENTS; BUT DELETING ANY COVENANT, CONDITION OR RESTRICTION INDICATING A PREFERENCE, LIMITATION OR DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILY STATUS, OR NATIONAL ORIGIN TO THE EXTENT SUCH COVENANTS, CONDITIONS OR RESTRICTIONS VIOLATE 42 USC 3604(C).
RECORDED: **AUGUST 16, 1966**
RECORDED NO.(S): **INSTRUMENT NO. 6069776**

7. AN EASEMENT, INCLUDING TERMS AND CONDITIONS CONTAINED THEREIN, RECORDED **JANUARY 05, 1967** AS **INSTRUMENT NO. 6125695** OF OFFICIAL RECORDS.
FOR: **CITY OF SEATTLE**
IN FAVOR OF: **AN UNDERGROUND ELECTRIC TRANSMISSION AND/OR DISTRIBUTION SYSTEM**
AFFECTS: **AS DESCRIBED THEREIN**

8. AN EASEMENT, INCLUDING TERMS AND CONDITIONS CONTAINED THEREIN, RECORDED **SEPTEMBER 14, 1981** AS **INSTRUMENT NO. 8109140574** OF OFFICIAL RECORDS.
FOR: **SEWER MAINS AND TEMPORARY CONSTRUCTION EASEMENTS**
IN FAVOR OF: **SOUTHWEST SUBURBAN SEWER DISTRICT**
AFFECTS: **AS DESCRIBED THEREIN**

9. A RECORD OF SURVEY RECORDED **JUNE 19, 2002** UNDER RECORDING NO. **INSTRUMENT NO. 20020619900017**.

10. THE TERMS AND PROVISIONS CONTAINED IN THE DOCUMENT ENTITLED "**QUIT CLAIM AND EASEMENT FOR WATER UTILITIES**", RECORDED **FEBRUARY 14, 2003**, AS **INSTRUMENT NO. 20030214000918** OF OFFICIAL RECORDS.

11. THE TERMS AND PROVISIONS CONTAINED IN THE DOCUMENT ENTITLED "**CRITICAL AREAS NOTICE AND HOLD HARMLESS AGREEMENT**", RECORDED **JULY 17, 2006**, AS **INSTRUMENT NO. 20060717000859** OF OFFICIAL RECORDS.

12. COVENANTS, CONDITIONS, RESTRICTIONS AND/OR EASEMENTS; BUT DELETING ANY COVENANT, CONDITION OR RESTRICTION INDICATING A PREFERENCE, LIMITATION OR DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILY STATUS, OR NATIONAL ORIGIN TO THE EXTENT SUCH COVENANTS, CONDITIONS OR RESTRICTIONS VIOLATE 42 USC 3604(C).
RECORDED: **DECEMBER 07, 2006**
RECORDED NO.(S): **INSTRUMENT NO. 20061207001407**

13. A DEED OF TRUST TO SECURE ANY ORIGINAL INDEBTEDNESS OF **$485,000.00**, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **FEBRUARY 22, 2011** AS **INSTRUMENT NO. 20110222000401** OF OFFICIAL RECORDS.
DATED: **FEBRUARY 10, 2011**
GRANTOR: **ANN PAXTON EL-MOSLIMANY, UNMARRIED, SAMIA EL-MOSLIMANY & FOUAD MOHAMMED-AMIN AL-DEHLAWI, WIFE&HUSBAND**
TRUSTEE: **WASHINGTON SERVICES, INC., A WASHINGTON CORPORATION**
BENEFICIARY: **WASHINGTON FEDERAL SAVINGS**

14. A DEED OF TRUST TO SECURE ANY ORIGINAL INDEBTEDNESS OF **$346,666.00**, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **NOVEMBER 07, 2016** AS **INSTRUMENT NO. 20161107000004** OF OFFICIAL RECORDS.
DATED: **NOVEMBER 04, 2016**
GRANTOR: **SAMIA EL-MOSLIMANY AND ANN PAXTON EL-MOSLIMANY**
TRUSTEE: **LAW OFFICES OF JOHN G. LLEWELLYN, PLLC**
BENEFICIARY: **AZIZA M. YOUSEF**

15. A DOCUMENT ENTITLED "**NOTICE OF JUDGMENT LIEN AGAINST HOMESTEAD PROPERTY**" RECORDED **FEBRUARY 27, 2017** AS **INSTRUMENT NO. 20170227001230** OF OFFICIAL RECORDS.

16. PROVISIONS OF THE ARTICLES OF INCORPORATION AND BY-LAWS OF **SEAHURST WEST HOMEOWNERS' ASSOCIATION**, AND ANY TAX, FEE, ASSESSMENTS OR CHARGES AS MAY BE LEVIED BY SAID ASSOCIATION.

**PART II:**

1. A JUDGMENT  
IN FAVOR OF: **HAYAT SINDI**  
AGAINST: **SAMIA EL-MOSLIMANY AND ANN EL-MOSLIMANY**  
AMOUNT: **$1,899,628.88 PLUS INTEREST, COSTS AND FEES, IF ANY**  
FILED: **SEPTEMBER 07, 2018**  
JUDGMENT NO.: **NOT SET OUT**  
CAUSE NO.: **18-2-22410-1 KNT**  
RECORDED: **SEPTEMBER 25, 2018** AS RECORDING NO. **INSTRUMENT NO. 20180925000965**

**SCHEDULE C**

ADDRESSES

ANN PAXTON EL-MOSLIMANY
2655 SW 151ST PL
BURIEN  WA 98166-1638
(SCHEDULE A, VESTEE)

SAMIA EL-MOSLIMANY
2655 SW 151ST PL
BURIEN  WA 98166-1638
(SCHEDULE A, VESTEE)

SAMIA EL-MOSLIMANY
2655 SW 151ST PL
SEATTLE  WA 98166
(SCHEDULE A, VESTEE)

WASHINGTON FEDERAL SAVINGS
C/O MAGNOLIA OFFICE
3219 W MCGRAW ST
SEATTLE  WA 98199-3207
(SCHEDULE B, PART I, ITEM #13)

WASHINGTON FEDERAL SAVINGS
425 PIKE STREET
SEATTLE  WA 98101
(SCHEDULE B, PART I, ITEM #13)

AZIZA M. YOUSEF
C/O LAW OFFICES OF JOHN G. LLEWELLYN, PLLC
4847 CALIFORNIA AVE. SW, SUITE 100
SEATTLE  WA 98116
(SCHEDULE B, PART I, ITEM #14)

AZIZA M. YOUSEF
P.O. BOX 54301
RIYADH  11415 SAUDI ARABIA
(SCHEDULE B, PART I, ITEM #14)

HAYAT SINDI
DAVID RICH ET AL TODD AND WELD, LLP
ONE FEDERAL STREET, 27TH FLOOR
BOSTON  MA 02110
(SCHEDULE B, PART I, ITEM #15)

HAYAT SINDI C/O LAW OFFICES OF ANTHONY S. WISEN, PLLC
ATTN: ANTHONY S. WISEN, ESQ.
1752 NW MARKET ST., # 709
SEATTLE  WA 98107
(SCHEDULE B, PART II, ITEM #1)

SEAHURST WEST HOMEOWNERS' ASSOCIATION
(WE ARE UNABLE TO LOCATE AN ADDRESS THROUGH AVAILABLE RESOURCES, PLEASE CONTACT YOUR TITLE OFFICER)

(HOMEOWNERS ASSOCIATION)

CURRENT OCCUPANT
2655 SW 151ST PL
BURIEN  WA 98166-1638
(CURRENT OCCUPANT)