**Below is the Order of the Court.**

_[signature]_
_____

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| SAMIA EL-MOSLIMANY, | Case No. 18-14820-CMA |
| Debtor. | ORDER ON MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY |

THIS MATTER came before the Court on the Debtor's Motion to Abandon Property of Estate [Docket No. 81] (the "Motion"). The Court finds that notice of the Motion was timely given to all creditors listed on the mailing matrix as evidenced by the Declaration of Mailing filed with the Court, and that the notice was reasonable, adequate and in compliance with the Bankruptcy Code and Rules. The Court considered all objections filed to the Motion, the Debtor's Reply, the oral arguments of all parties involved, and the records and files herein. The Court made findings of fact and conclusions of law on the record, which are incorporated herein by this reference, pursuant to Fed. R. Civ. P. 52 and Fed. R. Bankr. P. 7052. Now, therefore, it is hereby ORDERED as follows:

1. The Motion is hereby denied without prejudice. The Debtor may renew the Motion without paying an additional filing fee; and

ORDER - 1

**Below is the Order of the Court.**

2.  The hearing on the Debtor's request that the Court overrule the Trustee's and Hayat Sindi's Objections to Debtor's Homestead Exemption is continued to October 18, 2019. Any further responses by the Trustee and Hayat Sindi must be filed on or before October 11, 2019.

/// END OF ORDER ///

ORDER - 2