| | |
|---|---|
| Judge: | Hon. Christopher M. Alston |
| Chapter: | Chapter 7 |
| Hearing Date: | October 18, 2019 |
| Hearing Time | 9:30 a.m. |
| Hearing Site: | 700 Stewart St., #7206 |
| | Seattle, WA 98101 |

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

SAMIA EL-MOSLIMANY,

      Debtor.

Case No. 18-14820

TRUSTEE'S SUPPLEMENTAL RESPONSE ON TRUSTEE'S OBJECTION TO THE DEBTOR'S HOMESTEAD EXEMPTION

RONALD G. BROWN, the Chapter 7 Trustee herein, by and through his

undersigned counsel, files this response on the issue of whether the Trustee intends

to pursue his objection to the Debtor's homestead exemption which he filed on

February 26, 2019 Docket #11.

The issue of the Debtor's homestead was addressed in the Motion to Compel

Abandonment (Docket #81) and came up on the September 20, 2019 hearing on the

Motion to Abandon. The Trustee's counsel has reviewed the proposed order

attached to the Motion to Abandon and that order contains no language at all

regarding the homestead exemption.

The Debtor claimed a homestead but did not state an amount, instead

checking the box that say "100% of fair market value, up to any applicable statutory

limit". To the extent any order states that the Debtor's homestead exemption is

TRUSTEE'S SUPPLEMENTAL RESPONSE ON
TRUSTEE'S OBJECTION TO DEBTOR'S HOMESTEAD

Page 1

**Wood Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

allowed in the amount of 100% of fair market value, up to any applicable statutory

limit, the Trustee has no objection at this time.

However, if the order says the Debtor has a homestead in the amount of

$125,000.000, the Trustee objects because there has been no determination that

100% of fair market value, up to any applicable statutory limit is $125,000.00.

Mr. Bailey is on an overseas vacation and as such is not available to provide

the Trustee's counsel with his proposed order. The Trustee anticipates this matter

will resolve itself upon Mr. Bailey's return next week.

Dated this 11th day of October, 2019.

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
*Denice E. Moewes, WSBA #19464*
Attorney for Chapter 7 Trustee
Ronald G. Brown

TRUSTEE'S SUPPLEMENTAL RESPONSE ON
TRUSTEE'S OBJECTION TO DEBTOR'S HOMESTEAD

Page 2

**Wood Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 18-14820-CMA   Doc 115   Filed 10/11/19   Ent. 10/11/19 18:54:02   Pg. 2 of 2