**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>SAMIA EL-MOSLIMANY<br><br>Debtor | Case No. 18-14820-CMA<br>Chapter 7<br><br>**ORDER ON OBJECTIONS TO HOMESTEAD EXEMPTION** |

THIS MATTER came on regularly before the Court on the motion of the debtor[1] for an order overruling the objections to her homestead exemption filed by the trustee (Docket #11) and Hayat Sindi (Docket #17) to the debtor's claim of exemption, under Washington law, of her interest in the real property at 2655 SW 151st PL, Burien, WA 98166 (the "Property"), legally described as Lot 12, Seahurst West, according to the plat thereof recorded in volume 80 of plats, page 45, records of King County Washington. Notice was given as required by the Bankruptcy Rules. The Court considered the

---

[1] The request for relief is contained in the debtor's motion for an order of abandonment of the subject property, Docket #81.

ORDER ON OBJECTION TO
HOMESTEAD EXEMPTION - 1

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

**Below is the Order of the Court.**

pleadings filed herein. ~~and the arguments of counsel, and made oral findings and conclusions on the record, which are incorporated herein by reference.~~ Being duly advised, it is hereby ordered:

The debtor's claim of homestead exemption is allowed as filed.

/// end of order \\\

Presented By:

DONALD A BAILEY
 /s/ Donald A Bailey
WSB#12289
Attorney for Debtor

Approved for entry:

WOOD & JONES PS
/s/ Denice Moewes
WSB #19464
Attorney for Trustee

LAW OFFICES OF ANTHONY S. WISEN, PLLC


By  /s/ Anthony S Wisen
Anthony S. Wisen, WSBA #39656
Attorneys for Hayat Sindi

ORDER ON OBJECTION TO
HOMESTEAD EXEMPTION - 2

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com