UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>SAMIA EL-MOSLIMANY<br><br>Debtor | Case No. 18-14820-CMA<br>Chapter 7<br><br>**SECOND SUPPLEMENTAL DECLARATION OF SAMIA EL-MOSLIMANY** |

Samia El-Moslimany hereby declares under penalty of perjury as follows:

1. I am the debtor in this case, and make this declaration on my personal knowledge. I make this declaration in support of my motion to compel abandonment of my residence (Docket #81), and my motion to avoid the judgment lien of Hayat Sindi (Docket #80).

2. One of the issues before the Court in connection with these motions is whether the deed of trust on my residence in favor of Aziza Alyousef ("Aziza") secures an actual debt, or is just a sham transaction. Despite sworn declarations from both myself and Aziza testifying that she really did loan me these funds, the trustee and Ms Sindi continue to argue that the debt is a sham. The trustee has filed an adversary proceeding against Aziza (Adv. Proc. #19-01116-CMA, filed September 12, 2019). To my knowledge Aziza has not been served with the complaint.

3. Since the date of my earlier declaration (Docket #80-4 and #81-4, filed on August 3, 2019), I have been in Saudi Arabia dealing with legal and business matters

SECOND SUPPLEMENTAL DECLARATION - 1

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

there.  I have had the opportunity to obtain and assemble additional bank records of the loan transactions between myself and Aziza.  I have created a spreadsheet tracking each transfer of funds from Aziza to me (Exhibit A).  I have also assembled the bank records and transfer documents that reflect these transfers (Exhibit B).  Each transfer is given a reference number.  The bank statements and transfer documents themselves are annotated with the reference numbers, so that the Court can see the evidence for each transfer.  The spreadsheet shows the date of each transfer[1], the account from which the funds came, the account to which the funds were transferred[2], and the method of transfer.

4. Although many of the supporting documents are in Arabic, I can assure the Court that the documents support the entries in the spreadsheet.

5. These transfers are the advances that are reflected in the two promissory notes that have previously been submitted to the Court, as well as additional advances that are secured by the deed of trust under the future advances clause.  I hope that by submitting this spreadsheet and the related documents, I can put to rest any lingering doubts that the loan transactions between myself and Aziza Alyousef are real, and that she does in fact have a valid secured lien on my residence.

6. This case has been pending for almost eleven months.  Washington Federal Bank has a motion for relief from stay pending.  I am not currently making mortgage payments, since doing so would simply create equity for the trustee, to the detriment of myself and my family.  (I do not believe there is any equity in the property for

---

[1] In some cases, a transfer took several days, so the beginning and ending dates may not be the same.

[2] In some cases, as Aziza and I have previously testified, the funds were given to me in cash.

SECOND SUPPLEMENTAL DECLARATION - 2

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

unsecured creditors in any event.)  My plan is to cure the mortgage arrears once the property is abandoned.  I feel this matter must be resolved promptly.

Dated: November  14  , 2019

*[signature]*
Samia El-Moslimany

SECOND SUPPLEMENTAL DECLARATION - 3

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com