| Ref # | Date | Funds To Samia | | Source | Destination | Method | Comment |
|---|---|---|---|---|---|---|---|
| | | Dollars | Riyals | | | | |
| 1 | | | | | | | Aziza Al-Yousef opens bank acct. #11429-002-20 with SAR 742,000 |
| **$346,666 Promissory Note (SAR 1,300,000)** | | | | | | | |
| 2 | 2016-09-04 | $32,000 | 120,000 | Acct 11429-002-20 | Samia | Cash Withdrawal | Funds used to repay prior loan from third party that was taken out to pay Samia's attorneys after she lost insurance coverage |
| 3 | 2016-09-06 | $24,000 | 90,000 | Acct 11429-002-20 | Samia | Cash Withdrawal | |
| 4 | 2016-09-06 | $8,000 | 30,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | For back rent |
| 5 - 8 | 2016-09-06 | $0 | 0 | Acct 11429-002-20 | Samia | | Failed attempts to directly pay Samia's US Credit Cards |
| 9 | 2016-09-08 | $26,667 | 100,000 | Acct 11429-002-20 | Samia | Cash Withdrawal | |
| 10 | 2016-09-18 | $26,667 | 100,000 | Acct 11429-002-20 | Samia | Cash Withdrawal | |
| 11 | 2016-09-21 | $32,667 | 122,500 | Acct 11429-002-20 | Samia | Cash Withdrawal | |
| 12 | 2016-09-22 | $25,333 | 95,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | Establishment account is Samia's business bank account in Saudi Arabia. |
| 13 | 2016-10-12 | $26,667 | 100,000 | Acct 11429-002-20 | Samia | Cash Withdrawal | |
| 14 | 2016-10-14 | $13,333 | 50,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| 15 | 2016-10-30 | $11,200 | 42,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| 16 | 2016-10-30 | $10,667 | 40,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| 17 | 2016-10-30 | $100 | 375 | Acct 11429-002-20 | Samia and Fouad joint Keybank Account | Acct Transfer | |
| 18 | 2016-11-06 | $13,333 | 50,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| 19 | 2016-11-29 | $13,333 | 50,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| 20 | 2016-11-29 | $13,333 | 50,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| 21 | 2016-12-03 | $3,013 | 11,300 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| 22 | 2016-12-27 | $26,667 | 100,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | For establishment credit card debts |
| 23 | 2017-01-30 | $39,200 | 147,000 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| **SUBTOTAL** | | $346,180 | | | | | |
| | | | | | | | |
| **$100,000 Promissory Note** | | | | | | | |
| 24 | 2017-05-21 | $13,333 | 50,000 | Sara Alhaidar account Arab Nat'l Bank | Samia's Fransi Acct | Acct Transfer | Sara Alhaidar is Aziza Alyousef's daughter who handles financial affairs for her mother when her mother cannot |
| 25 | 2017-05-23 | $11,733 | 44,000 | Sara Alhaidar account Arab Nat'l Bank | Samia's Fransi Acct | Acct Transfer | |
| 26 | 2017-05-24 | $13,333 | 50,000 | Sara Alhaidar account Arab Nat'l Bank | Samia's Fransi Acct | Acct Transfer | |
| 27 | 2017-05-28 | $13,333 | 50,000 | Sara Alhaidar account Arab Nat'l Bank | Samia's Fransi Acct | Acct Transfer | |
| 28 | 2017-05-28 | $13,333 | 50,000 | Sara Alhaidar account Arab Nat'l Bank | Samia Establishment Account Samba Bank | Acct Transfer | |
| 29 | 2017-05-29 | $13,333 | 50,000 | Sara Alhaidar account Arab Nat'l Bank | Samia Establishment Account Samba Bank | Acct Transfer | |
| 30 | 2017-05-30 | $13,333 | 50,000 | Sara Alhaidar account Arab Nat'l Bank | Samia Establishment Account Samba Bank | Acct Transfer | |
| 31 | 2017-06-01 | $8,267 | 31,000 | Sara Alhaidar account Arab Nat'l Bank | Samia's Fransi Acct | Acct Transfer | |
| **SUBTOTAL** | | $100,000 | | | | | |
| | | | | | | | |
| | **Additional Transfers** | | | | | | |
| 32 | 2017-06-02 | $13,333 | 50000.00 | Acct 11429-002-20 | Samia's personal account SAMBA Bank | Acct Transfer | |
| 33 | 2017-06-11 | $18,667 | 70000.00 | Acct 11429-002-20 | Samia Establishment Account Samba Bank | Acct Transfer | |
| 34 | 2017-06-12 | $17,333 | 65000.00 | Acct 11429-002-20 | Probably Other Establishment Account | Acct Transfer | This account is controlled by Samia's ex-partner and Samia does not have access to the statements |
| 35 | 2017-09-28 | $75 | 280.00 | Sara Alhaidar account Arab Nat'l Bank | Transfer to Utility Company | Utility Bill | |
| 36 | 2017-09-28 | $121 | 454.00 | Sara Alhaidar account Arab Nat'l Bank | Transfer to Utility Company | Utility Bill | |
| 37 | 2018-10-30 | $12,000 | 45000.00 | Sara Alhaidar SAMBA account | Don Bailey trust account | Acct Transfer | |
| 38 | 2019-03-13 | $2,302 | 8634.00 | Sara Alhaidar SAMBA account | Rilla's Sound CU Acct | International Transfer | Rilla Alhadder is Samia's daughter who handles financial transactions for her when she cannot do so for herself. |
| 39 | 2019-03-15 | $5,300 | 19875.00 | Sara Alhaidar SAMBA account | Rilla's Sound CU Acct | International Transfer | |
| 40 | 2019-04-15 | $85 | 318.75 | Sara Alhaidar SAMBA account | Rilla's Sound CU Acct | International Transfer | |
| 41 | 2019-04-15 | $2,903 | 10887.00 | Sara Alhaidar SAMBA account | Rilla's Sound CU Acct | International Transfer | |
| 42 | 2019-05-13 | $4,570 | 17137.50 | Sara Alhaidar SAMBA account | Rilla's Sound CU Acct | International Transfer | |
| **SUBTOTAL** | | $76,690 | | | | | |
| | | | | | | | |
| **Cash** | | | | | | | |
| | 2016-2019 | $25,000 | 93750.00 | Aziza | Samia | Cash | Cash advances during the time period as per declarations |
| | | | | | | | |
| **Post-Petition Advance** | | | | | | | |
| 43 | 2019-07-25 | $26,667 | 100000.00 | Abeer Alhaidar account Aljazira Bank | Samia Establishment Account Samba Bank | Acct Transfer | Abeer Alhaidar is Aziza Al-Yousef's daughter, also handles financial transactions when her mother cannot |
| | | | | | | | |
| **TOTAL ADVANCES** | | $574,536 | | | | | |