Judge: Hon. Christopher M. Alston
Chapter: 7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | Bankruptcy No. 18-14820- CMA |
|---|---|
| SAMIA EL-MOSLIMANY, | ORDER APPROVING EMPLOYMENT OF REALTOR AND AUTHORIZING THE LISTING OF PROPERTY FOR SALE OR, ALTERNATIVELY, TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE |
| Debtor. | |

THIS MATTER having come forth regularly on the motion of the Trustee for authorization to employ a real estate agent and list real property for sale, or alternatively, to compel turnover of property of the estate ("Trustee's Motion") the Court finding that notice of the Trustee's Motion was given to all creditors listed on the mailing matrix and was timely, adequate and in compliance with the Bankruptcy Code and Rules; the Court having

ORDER APPROVING EMPLOYMENT OF REALTOR
AND AUTHORIZING THE LISTING OF PROPERTY FOR
SALE OR RENT

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Case 18-14820-CMA    Doc 148-1    Filed 04/09/21    Ent. 04/09/21 14:39:05    Pg. 1 of 2

considered the Trustee's Motion, the objections thereto, the Trustee's Reply, and heard the oral arguments. The Court made its ruling on the record which is incorporated herein by reference pursuant to Fed. R. Civ. P. 52 and Fed. R. Bankr. P. 7052, Now, therefore it is hereby

ORDERED that the Trustee, Ronald G. Brown, may list for sale on the MLS, real property of the estate located at 2655 S.W. 151st Place, Burien, Washington 98166 ("Property").

IT IS HEREBY FURTHER ORDERED that the Trustee may employ Rik Jones, and Re/Max Northwest Realtors, to sell the real property; and

IT IS FURTHER ORDERED, alternatively, the Debtor is compelled to turnover the Property to the Trustee and he is authorized to rent the property, subject to entry of an operating order.

/ / / END OF ORDER / / /

Presented by:

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA #19464
Attorney for Ronald G. Brown
Chapter 7 Trustee

ORDER APPROVING EMPLOYMENT OF REALTOR
AND AUTHORIZING THE LISTING OF PROPERTY FOR
SALE OR RENT

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 2