UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re:<br><br>SAMIA EL-MOSLIMANY<br><br>Debtor | Case No. 18-14820-CMA<br>Chapter 7<br><br>**DECLARATION OF DONALD A BAILEY** |
|---|---|

Donald A Bailey hereby declares under penalty of perjury as follows:

1. I am the attorney for the debtor herein. I make this declaration on personal knowledge.

2. Attached as Exhibit A is email correspondence between the debtor and Washington Federal Bank, wherein the bank reiterates its refusal to accept monthly payments.

3. Attached as Exhibit B is email from Denice Moewes, estimating the administrative expenses incurred by the trustee as of January 2021 to be $96,000.

4. Attached as Exhibit C is a copy of the building permit for the remodel of the El-Moslimany residence in 2010, showing a remodel cost of $369,000.

5. I informed Samia El-Moslimany of the trustee's motion to list the Homestead on April 13, 2021. She became hysterical. She was subsequently admitted to the hospital (in the Washington D.C. area, where she was visiting her son) with suicidal ideation and severe depression. She has been unable to assist me, and I have been unable to consult with her, in formulating a response to the trustee's motion to list the Homestead as well

DECLARATION OF BAILEY - 1

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 910 2384
donald.bailey@shaferbailey.com

as the trustee's motion to incur administrative expense for subpoenas to Samba Bank in Saudi Arabia.

6. Attached as Exhibit D is a letter from Samia El-Moslimany's psychiatrist following her discharge from the hospital on April 16, 2021, wherein the doctor recommends a six to eight week hiatus from the stress of this litigation, until the anti-depressant medications can take effect.

Dated: April 23, 2021

/s/ Donald A Bailey

DECLARATION OF BAILEY - 2

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 910 2384
donald.bailey@shaferbailey.com



# Questions about questionnaires

**Samia El-Moslimany** <samiaelmo@gmail.com>  Fri, Jul 24, 2020 at 7:24 PM
To: Ricka Gerstmann <Ricka.Gerstmann@wafd.com>

Hello Ricka,

Please find attached the completed questionnaires. We will have the applications and documents to you by next week.

As requested on the questionnaire, I made a regular monthly payment, and the Rainier Beach branch refused to take the payment. They said they contacted you, and that it was your instruction not to take my payment. I am confused as to what we are supposed to do during this process. Please advise.

Samia El-Moslimany
206-409-3407
[Quoted text hidden]



**2 attachments**

- MRC Questionnaire and Borrower's Ack FOUAD & ANN Signed .pdf
  383K
- MRC Questionnaire and Borrower's Ack SAMIA SIGNED FINAL.pdf
  1568K



Samia El-Moslimany <samiaelmo@gmail.com>

**Exhibit A**

## Questions about questionnaires

**Ricka Gerstmann** <Ricka.Gerstmann@wafd.com>　　　　　　　　　　　　　　　　Tue, Jul 28, 2020 at 11:11 AM
To: Samia El-Moslimany <samiaelmo@gmail.com>

I'm sorry, that instruction should have been removed. We can't accept less than the entire delinquent amount at this time. Please just get the rest of the application documents to me as soon as you can.

**Ricka Gerstmann**

*Vice President, Special Assets Officer*

Special Credits Department



425 Pike Street, Seattle, WA  98101

Office:  206-777-8354

ricka.gerstmann@wafd.com　|　wafdbank.com

This email and its attachments are confidential. If you received this email in error, please notify the sender and delete it immediately. This message does not constitute an offer, an acceptance, or a representation on which any person should rely. Washington Federal is bound only by a document executed by one of its authorized officers expressly stating that it is binding and enforceable. ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER THE LAW. Washington Federal NMLSR Company #410394.

 

**From:** Samia El-Moslimany <samiaelmo@gmail.com>
**Sent:** Friday, July 24, 2020 4:25 PM
**To:** Ricka Gerstmann <Ricka.Gerstmann@wafd.com>
**Subject:** Re: Questions about questionnaires

Hello Ricka,

Please find attached the completed questionnaires. We will have the applications and documents to you by next week.

As requested on the questionnaire, I made a regular monthly payment and the Rainier Beach branch refused to take the payment. They said they contacted you, and that it was your instruction not to take my payment. I am confused as to what we are supposed to



## Questions about questionnaires

**Samia El-Moslimany** &lt;samiaelmo@gmail.com&gt;　　　Wed, Jul 29, 2020 at 7:14 PM
To: Ricka Gerstmann &lt;Ricka.Gerstmann@wafd.com&gt;, Fouad Dehlawi &lt;fdehlawi@gmail.com&gt;, Ann El-Moslimany &lt;annelmoslimany@yahoo.com&gt;, Zakariya Dehlawi &lt;zdehlawi@gmail.com&gt;

Hello Ricka,

That seems highly irregular that an official instruction in bold and all caps, **"DURING THIS APPLICATION PROCESS PLEASE CONTINUE MAKING PAYMENTS AS SCHEDULED,"** was an oversight. It was humiliating for me as I stood waiting for a half hour as the staff tried to get a hold of you, and then in the end, rejected my payment.

On Tue, Jul 28, 2020 at 8:11 AM Ricka Gerstmann &lt;Ricka.Gerstmann@wafd.com&gt; wrote:

I'm sorry, that instruction should have been removed. We can't accept less than the entire delinquent amount at this time. Please just get the rest of the application documents to me as soon as you can.

**Ricka Gerstmann**

*Vice President, Special Assets Officer*

Special Credits Department

<div style="text-align:center; color:red;">**Exhibit B**</div>

**Donald A Bailey**
_____

**From:** "Denice E. Moewes" <dmoewes@aol.com>
**Date:** Tuesday, January 19, 2021 11:01 AM
**To:** <donald.bailey@shaferbailey.com>
**Subject:** Re: El-Moslimany FRE 408

Around $90,000 with costs of $6,600.00.


Denice E. Moewes
Wood & Jones PS
303 N. 67th Street
Seattle WA 98103-5209

Phone: 206-623-4382
Fax: 206-224-4895

CONFIDENTIALITY NOTICE: This e-mail may contain information that is protected by the attorney-client and/or the attorney-work product privilege. It is intended only for the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If you are not the intended recipient ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by return e-mail or telephone at the e-mail address or telephone number listed above and destroy this transmission and any attachments without reading or saving in any manner. Thank you


-----Original Message-----
From: Donald A Bailey <donald.bailey@shaferbailey.com>
To: Denice E. Moewes <dmoewes@aol.com>
Sent: Tue, Jan 19, 2021 10:50 am
Subject: Re: El-Moslimany FRE 408

So, what are the trustee's attorney fees to date?


Donald A Bailey
Attorney at Law
1601 Fifth Avenue, Suite 610
Seattle WA 98101
Phone: 206 910 2384

**From:** Ghqlfh#H1#Prhzhv
**Sent:** #Wxhvgd|/#Mdqxdu|#4</#5354#43=44#DP
**To:** grqdog1edlh|C#vkdihuedlh|1frp
**Subject:** #Uh=#H0Prvdpdq|#IUH#73;

Yes.



**Burien** Washington, USA

Exhibit C

# Building Permit

Department of Community Development
415 SW 150th Street, Burien, WA 98166
Phone: (206) 241-4647  Fax: (206) 248-5539
www.ci.burien.wa.us

~ For inspection request see reverse side ~

SITE COPY

| | |
|---|---|
| Permit #: | BLD-05-1493 |
| Date Issued: | 06/14/2006 |
| Date Expired: | 12/11/2006 |
| Issued By: | Mary Gianelli |
| Approved By: | Kirk Gentile |

## Project Information

| | |
|---|---|
| Project Name: | EL MOSLIMANY RESIDENCE |
| Description: | RESIDENTIAL ADDITION / REMODEL IN CRITICAL AREA |
| Site Address: | 2655 SW 151ST PL |
| Applicant Name: | Austin Kovach |
| Address: | 101 W Main St |
| City / State / Zip: | Monroe, WA |
| Parcel Number: | 7638000120 |
| Company: | Kovach Architects |

## Building Information

| | |
|---|---|
| Project Type: | Single Family Addition |
| Construction Type: | |
| Occ. Group / Division | |
| Zoning: | RS-12000 |
| Valuation: | $369,000.00 |
| Total Square Feet: | 14,000 |
| Number of Stories: | |
| Proposed Dwelling Units | |

## Fee / Payment Information

| Item | | Date Received | Amount |
|---|---|---|---|
| Fee | Preliminary Plan Review Fee - Building | 09/14/2005 | $1,625.10 |
| Fee | Planning and Zoning Review Fee | 06/13/2006 | $120.00 |
| Fee | Building Permit Fee | 06/13/2006 | $2,500.15 |
| Fee | Mechanical Fixture Fee | 06/13/2006 | $150.00 |
| Fee | Plumbing Fixture Fee | 06/13/2006 | $150.00 |
| Fee | State Surcharge | 06/13/2006 | $4.50 |

RECEIVED JUN 14 2006 CITY OF BURIEN

| | |
|---|---|
| Amount Due: | $4,549.75 |
| Total Payment | $4,549.75 |
| Account Balance: | $0.00 |

## Contractor Information

| Company | Phone | Ext | License Number | Expiration |
|---|---|---|---|---|
| ALPINE RIDGE CONSTRUCTION | (206) 246-4063 | | ALPINRC103K2 | 05/18/2008 |

DISCLAIMER: I certify that the information furnished by me in this application is true and correct to the best of my knowledge and that all applicable codes will be met. I further certify that I am the owner of the above mentioned property, or I am authorized to act in the owner's behalf with regard to the application of this permit.

Print Applicant Name: Ann El-Moslimany
Applicant Signature: Ann P. El-Moslimany    Date: June 14, 2006
Issued By: MW Gianelli    Date: 6.14.06

11/27/07 site visit MG



4600 SPOTSYLVANIA PARKWAY
FREDERICKSBURG, VA 22408
540-498-4000 / FAX 540-498-4066
SPOTSRMC.COM

Exhibit D

4/21/2021

To Whom It May Concern,

Ms. Samia El-Moslimany was admitted to Spotsylvania Regional Medical Center (SRMC) Behavioral Health Unit on 4/13/21. The admission to this locked, inpatient psychiatric unit was necessary to mitigate the risk of suicide and to provide further evaluation and treatment. Her evaluation was consistent with major depressive disorder, without psychotic features. This depressive episode was likely precipitated by her current stressors.

She was prescribed medication for treatment of depression. Often times it could take from 6 to 8 weeks before full medication effect is realized. For that reason, our recommendation is that she seek all means necessary to decrease the stressors that likely precipitated her decompensation.

She was discharged on 4/16/21. We recommended continuation of treatment through outpatient follow up with psychotherapy as well as psychiatry for medication management.

Please pardon our delay in delivering this note in a timely manner. We intended to provide her this letter upon discharge, on 4/16/21, but it was delayed due to administrative issues.

If you have any further questions please feel free to contact SRMC at 540-498-4000.

Respectfully,

Rami R. Zanoun, M.D.
Psychiatry
Medical Director, SRMC Behavioral Health Unit

CHIPPENHAM / HENRICO DOCTORS' / JOHN RANDOLPH / JOHNSTON–WILLIS / PARHAM DOCTORS' / RETREAT DOCTORS' / SPOTSYLVANIA REGIONAL

Parham Doctors' & Retreat Doctors' are campuses of Henrico Doctor's Hospital / Chippenham & Johnston-Willis Hospitals are campuses of CJW Medical Center

Case 18-14820-CMA    Doc 153-1    Filed 04/23/21    Ent. 04/23/21 17:58:07    Pg. 8 of 8