# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAYAT SINDI, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 13-cv-10798-IT |
| SAMIA EL-MOSLIMANY and ANN EL-MOSLIMANY, | * |
| Defendants. | * |

## SECOND AMENDED FINAL JUDGMENT

TALWANI, D.J.

This action was tried by a jury with U.S. District Judge Indira Talwani presiding, and the jury has rendered a verdict. In accordance with the verdict, it is ordered that:

Plaintiff Hayat Sindi recovers from Defendant Samia El-Moslimany the amount of $1,076,000 in compensatory and special damages; prejudgment interest, which is calculated at a rate of 12% per annum, Mass. Gen. Laws ch. 231, § 6B, from January 25, 2013 through August 18, 2016 (the date of the original judgment); and costs as allowed by separate order. Post-judgment interest is awarded at a rate of .56% per annum, 28 U.S.C. § 1961.

Plaintiff Hayat Sindi recovers from Defendant Ann El-Moslimany the amount of $244,000 in compensatory and special damages; prejudgment interest, which is calculated at a rate of 12% per annum, Mass. Gen. Laws ch. 231, § 6B, from January 25, 2013 through August 18, 2016 (the date of the original judgment); and costs as allowed by separate order. Post-judgment interest is awarded at a rate of .56% per annum, 28 U.S.C. § 1961.

IT IS SO ORDERED.

Date: August 17, 2018

/s/ Indira Talwani
United States District Judge