# EXHIBIT I

← Feed                                                                                                                                            ☰

Public View     Owner View  🔒

← Feed     Overview     Property Details     Public Facts     Sale & Tax History     Schools



OFF MARKET

Street View

**2655 SW 151st Pl,** Burien, WA 98166

| $1,455,762 | 4 | 5.5 | 5,523 |
|---|---|---|---|
| Redfin Estimate | Beds | Baths | Sq Ft |



Off Market   UNCLAIMED

## Redfin Estimate for 2655 SW 151st Pl

$1,455,762                                                                     Track This Estimate

Last Sold Price Unknown   See estimate history

Redfin Estimate based on recent home sales. ⓘ

View comparables on map ⌄



## Property Details for 2655 SW 151st Pl

 **Price Insights**

**Redfin Estimate**
$1,455,762

**Last Property Tax**
$15,536 (+12.2%)

 **Home Facts**

**Status**
Off Market

**Property Type**
Single Family Residential

**Baths**
4 full, 3 partial

**Year Built**
1968

**Lot Size**
0.32 Acres

Show More Details ⌄

## Is this your home?

Explore more tools for homeowners on your owner dashboard.

 **Update home facts**
Add or change property details about your home or any renovations.

 **Update home photos**
Add or remove photos of your home or make them private.

Show More ⌄