IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>SAMIA EL-MOSLIMANY,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 18-14820<br><br>JOINDER OF ANN EL-MOSLIMANY TRUSTEE IN TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF ADVERSARY PROCEEDING 19-01116 CAPTIONED AS BROWN V. AL-YOUSEF |

COMES NOW Nancy L. James, the duly appointed Chapter 7 trustee for Ann Paxton El-Moslimany, Case No. 20-13149, through counsel, The Livesey Law Firm, and Rory C. Livesey, and hereby joins in the Trustee's Motion to Approve Compromise and Settlement of Adversary Proceeding 19-01116 Captioned as Brown v. Al-Yousef (Docket No. 167) filed by Ronald G. Brown, the Chapter 7 Trustee.

RESPECTFULLY SUBMITTED this 15th day of June, 2021.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Nancy L. James, Bankruptcy Trustee
for Ann El-Moslimany, Case No. 20-13149

**JOINDER OF ANN EL-MOSLIMANY TRUSTEE IN TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF ADVERSARY PROCEEDING -** 210615aJnd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-14820-CMA    Doc 179    Filed 06/15/21    Ent. 06/15/21 15:50:51    Pg. 1 of 1