Hon. Christopher M Alston
Hearing: June 18, 2021, 9:30 a.m.
Location: Telephonic

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>SAMIA EL-MOSLIMANY<br><br>Debtor | Case No. 18-14820-CMA<br>Chapter 7<br><br>**DECLARATION IN SUPPORT OF DEBTOR'S REPLY IN SUPPORT OF PROPOSED COMPROMISE** |

Samia El-Moslimany hereby declares under penalty of perjury as follows:

1. I am the debtor in this case and (until the bankruptcy filing) the owner of the real property which is the subject of the proposed compromise. This property is my residence. I make this declaration on my personal knowledge.

2. Because of a difficult financial situation, there is a substantial amount of finish construction that was never completed at the time of the remodel as well as eleven years of deferred maintenance on the property. I do not believe the cost of finishing and deferred maintenance would be reflected in the estimates of value published on the Zillow or Redfin websites. The specific items of deferred maintenance and my estimate of the cost to bring them up to top condition are set forth on the attached table. The total is over $130,000.

DECLARATION - 1

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 910 2384
donald.bailey@shaferbailey.com

4. In addition, the view of Puget Sound is now obscured by vegetation on adjoining properties.

Dated: June 15, 2021

                                                /s/ Samia El-Moslimnay

DECLARATION - 2

**DONALD A BAILEY**
1601 Fifth Avenue, #610
Seattle WA 98101
206 910 2384
donald.bailey@shaferbailey.com

|  | Estimated Cost |
|---|---:|
| Exterior Painting | $10,951 |
| Interior Painting (millwork never painted) | $25,552 |
| Refrigerator | $2,000 |
| Washer/Dryer | $2,000 |
| Dishwasher | $1,100 |
| Sprinkler System Replacement | $18,124 |
| Sheet Rock Repair | $14,954 |
| Window Replacement x12 | $7,800 |
| Shower Replacement | $1,000 |
| Faucet Replacement x6 | $450 |
| Toilet Replacement x2 | $850 |
| Roof/Moss/Gutter Replacement-Repair/Cleaning | $2,000 |
| Driveway Repair | $5,000 |
| Railing installation on parking strip 100 ft/$60 | $6,000 |
| Radiant Hot Water Boiler | $9,800 |
| Hot Water Heater Replacement x2 | $8,300 |
| Landscaping | $5,000 |
| View Clearing | $8,000 |
| Cleaning and window washing | $3,000 |
| Bathroom fan replacement 4x 300 | $1,200 |
| Security and Fire Alarm Repair | $1,500 |
| **Total to bring house up to sale standard** | $134,581 |