**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Samia El-Moslimany,<br><br><br>Debtor. | Chapter 7<br><br>Case No. 18-14820<br><br>ORDER DENYING MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF ADVERSARY PROCEEDING |

This matter came before the Court on the Trustee's Motion to Approve Compromise and Settlement of Adversary Proceeding 19-01116 Captioned as Brown v. Al-Yousef (the "Motion") [ECF No. 167]. The Court held a hearing on the Motion on June 18, 2021 at which it made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby

ORDERED that the Motion is DENIED.

///END OF ORDER///

Order - 1