**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**

**(Dated as of Entered on Docket date above)**

Judge:       Hon. Christopher M. Alston
Chapter:     7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | Bankruptcy No. 18-14820- CMA |
|---|---|
| SAMIA EL-MOSLIMANY,  Debtor. | ORDER DENYING MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT WITH HAYAT SINDI |

THIS MATTER having come before the Court on June 18, 2021 on the motion of the Trustee to approve a compromise and settlement with Hayat Sindi (the "Motion)[ECF No, 148]. The Court held a hearing on the Motion on June 18, 2021 at which it made findings of fact and conclusions of law incorporated by reference pursuant to Fed. R. Civ. P. 52 and Fed. R. Bankr. P. 7052, Now, therefore it is hereby

ORDERED that the Motion is DENIED without prejudice.

ORDER

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA  98103
(206) 623-4382

Page 1

**Below is the Order of the Court.**

/ / / END OF ORDER / / /

Presented by:

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA #19464
Attorney for Ronald G. Brown
Chapter 7 Trustee

Approved as to form; Notice
of presentation waived.

Law Offices of Anthony Wisen, PLLC

*/s/ Anthony Wisen*
Anthony Wisen, WSBA #39656
Attorney for Hayat Sindi

ORDER

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 2