Judge: Hon. Christopher M. Alston
Chapter: Chapter 7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Case No. 18-14820-CMA |
|---|---|
| SAMIA EL-MOSLIMANY,<br><br>Debtor. | ORDER AUTHORIZING TRUSTEE TO 1) REIMBURSE COUNSEL FOR MEDIATOR FEES AND 2) PAY EXPENSES FOR SERVICE OF SUBPOENA ON SAMBA BANK IN SAUDI ARABIA. |

THIS MATTER having come before the Honorable Christopher M. Alston on the motion of Ronald Brown, Chapter 7 Trustee ("Trustee") for entry of an order authorizing the Trustee to reimburse counsel for mediator fees and 2) to pay up to $1,000.00 for service of subpoenas on SAMBA Bank in Saudi Arabia ("Trustee's Motion"); the Court finding that notice of the Trustee's Motion was timely given to all creditors listed on the mailing matrix and hence notice was in compliance with the Bankruptcy Code and Rules; the court having reviewed the Trustee's Motion and having reviewed all objections thereto, and the Court held

ORDER

Page 1 of 2

Wood & Jones, P.S.
303 N. 67th Street
Seattle, WA 98103
(206)623-4382

Case 18-14820-CMA    Doc 195    Filed 07/01/21    Ent. 07/01/21 12:02:03    Pg. 1 of 2

a hearing on the Trustee's Motion on June 18, 2021 at which it made findings of fact and conclusion of law incorporated by this reference. Now, therefore, it is hereby

ORDERED that the Trustee's Motion is approved, and the Trustee is authorized to pay $1,152.50 to Wood & Jones, P.S. for reimbursement for mediator fees in paid to John Rizzardi; and it is further

ORDERED that the Trustee is authorized to pay up to One Thousand Dollars for service of subpoenas on SAMBA Bank for various bank accounts maintained in Saudi Arabia.

////END OF ORDER///

| Presented by: | Agreed as to form; Notice of presentation waived. |
|---|---|
| WOOD & JONES, P.S. | Donald A. Bailey |
| /s/ *Denice E. Moewes* <br> Denice E. Moewes, WSB#19464 <br> Attorney for Chapter 7 Trustee <br> Ronald G. Brown | /s/ *Donald A. Bailey* <br> Donald A. Bailey, WSBA # 12289 <br> Attorney for Debtor <br> Samia El-Moslimany |

ORDER

Page 2 of 2

Wood & Jones, P.S.
303 N. 67th Street
Seattle, WA 98103
(206)623-4382