Entered on Docket February 28, 2022

**Below is the Order of the Court.**



_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Judge:     Christopher M. Alston
Chapter:   7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

SAMIA EL-MOSLIMANY,

    Debtor.

Case No. 18-14820-CMA

ORDER ALLOWING CLAIMS

THIS MATTER came on regularly for hearing on the Motion of Ronald G. Brown, the Chapter 7 Trustee ("Trustee"), for entry of an Order Allowing Claims ("Trustee's Motion"). Notice of the Trustee's Motion and a copy of the Proposed Order Allowing Claims was given to all parties listed on the mailing matrix, as evidenced by the Declaration of Mailing on file with this Court; Notice of the Trustee's Motion was timely and adequate and given in compliance with the

ORDER ALLOWING CLAIMS

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Bankruptcy Code and the Rules; and the Court having reviewed the files herein, and deeming itself fully informed in the matter now, therefore it is hereby:

ORDERED that the following claims be, and hereby are, allowed in the amount and priority set forth below,

## GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| 01 | Kiernan Trebach, LLP<br>40 Court St, 3rd Fl.<br>Boston, MA 02108 | $ 90,383.08 |
| 02 | Bank of America, N.A.<br>P.O. Box 982284<br>El Paso, TX 79998-2238 | $ 9,166.73 |
| 03 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz &<br>Schneid, P.L.<br>6409 Congress Ave, Ste 100<br>Boca Raton, FL 33487 | $ 11,978.74 |
| 04 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave, Ste 100<br>Boca Raton, FL 33487 | $ 17,450.86 |
| 05 | Hayat Sindi<br>c/o Anthony Wisen, Esq.<br>1752 Market Street, #709<br>Seattle, WA 98107 | $1,550,298.45 |
| | Total of Unsecured Claims | $1,679,732.86 |

///**END OF ORDER**///

Presented by:

/s/ Denice E. Moewes
Denice E. Moewes, WSBA #19464
Attorney for Chapter 7 Trustee
Ronald G. Brown

ORDER ALLOWING CLAIMS

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Case 18-14820-CMA    Doc 287    Filed 02/28/22    Ent. 02/28/22 10:10:41    Pg. 2 of 2