| | |
|---|---|
| Judge: | Hon. Christopher M. Alston |
| Chapter: | Chapter 7 |
| Hearing Date: | July 28, 2022 |
| Hearing Time: | 9:30 a.m. |
| Hearing Site: | 700 Stewart Street, #7206 Seattle, WA 98101 |
| Response Date: | July 21, 2022 |

## UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

SAMIA EL-MOSLIMANY.,

   Debtor.

Case No. 18-14820-CMA

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY WOOD & JONES, P.S., ATTORNEY FOR CHAPTER 7 TRUSTEE

Denice E. Moewes of the firm of Wood & Jones, P.S., attorney for the Chapter 7 Trustee, Edmund J. Wood, hereby files this First and Final Application for Compensation and Reimbursement of Expenses for fees incurred and expenses paid and in support thereof states as set forth below.

Samia El-Moslimany filed a voluntary Chapter 7 bankruptcy petition on December 20, 2018. Ronald G. Brown ("Trustee") was appointed as the Chapter 7 Trustee the same day.

Wood & Jones, P.S. is seeking approval of fees in the amount of $187,974.50 and reimbursement of expenses in the amount of $9,528.61 for a total of $197,503.11 pursuant to §330 of the Bankruptcy Code. This application is supported by the Declaration of Denice Moewes filed simultaneously herewith, and the detailed billing statements attached thereto.

Support for this Application is found in the accompanying Declaration submitted pursuant to Local Bankruptcy Rule 2016-1(a). A proposed order is attached.

Dated this 7th day of July, 2022.

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA #19464
Attorney for Chapter 7 Trustee

FIRST AND FINAL APPLICATION FOR
COMPENSATION BY WOOD & JONES, P.S.
ATTORNEY FOR TRUSTEE
Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Case 18-14820-CMA    Doc 290    Filed 07/07/22    Ent. 07/07/22 17:48:20    Pg. 1 of 1